B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tchavdarov, Elissaveta A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Elissaveta Djorova** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4054** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**220 Astor Place**<br>**Northbrook, IL**<br>ZIP Code **60062** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |
|---|---|

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11       ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13       ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."       ■ Debts are primarily business debts. |

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11) Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tchavdarov, Elissaveta A.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Tchavdarov, Elissaveta A.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Elissaveta A. Tchavdarov**
Signature of Debtor  **Elissaveta A. Tchavdarov**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November 16, 2012**
Date

#### Signature of Attorney*

X  **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
Signature of Attorney for Debtor(s)

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
Printed Name of Attorney for Debtor(s)

**Kaplan Law Offices, P.C.**
Firm Name

**950 Skokie Boulevard**
**Suite #310**
**Northbrook, IL 60062**

_____
Address

**Email: alex@alexkaplanlegal.com**
**(847) 509-9800  Fax: (847) 509-9801**
Telephone Number

**November 16, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Elissaveta A. Tchavdarov**
_____   Case No. _____
                                    Debtor(s)   Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                      Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Elissaveta A. Tchavdarov**
                          **Elissaveta A. Tchavdarov**

Date:  **November 16, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Elissaveta A. Tchavdarov**                                    ,    Case No. _____

                                                      Debtor

                                                                    Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,935,000.00 | | |
| B - Personal Property | Yes | 3 | 7,760.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 4,345,689.64 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 44 | | 7,827,360.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 1,150.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,400.00 |
| Total Number of Sheets of ALL Schedules | | 62 | | | |
| Total Assets | | | 3,942,760.00 | | |
| Total Liabilities | | | | 12,173,050.17 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Elissaveta A. Tchavdarov** _____,    Case No. _____

Debtor

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re     **Elissaveta A. Tchavdarov**
_____,        Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence/Single Family House:**<br>**220 Astor Place**<br>**Northbrook, Illinois 60062**<br>**(Appraised for $1,175,000 Feb. 22, 2009; debtor's**<br>**atty has appraisal in hand.  In name of Chicago Title**<br>**Land Trust Company; Trust Number: 8002352005)** | **Beneficial Interest** | - | **1,200,000.00** | **2,539,863.41** |
| **Investment/Lot:**<br>**4113 N. Western Ave.**<br>**Chicago, Illinois 60618**<br>**(In name of Chicago Title Land Trust Company,**<br>**Trust Number: 8002352007.; purchased in May 2008**<br>**for $311,000; current on market for "short sale" for**<br>**aprox. $240,000)** | **Beneficial Interest** | - | **235,000.00** | **0.00** |
| **Investment/7-Unit Mixed Use Commerical Bld.**<br>**3516-20 N. Ashland**<br>**Chicago, Illinois 60657**<br>**(In name of Chicago Title Land Trust Company,**<br>**Trust Number 8002352006.; Purchased May 2007 for**<br>**$1,262,000)** | **Beneficial Interest** | - | **2,500,000.00** | **1,805,826.23** |

|  |  |  |
|---|---|---|
| Sub-Total > | **3,935,000.00** | (Total of this page) |
| Total > | **3,935,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Elissaveta A. Tchavdarov**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Fifth Third Bank** | - | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **General and ordinary household goods and furnishings** | - | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Necessary wearing apparel** | - | 500.00 |
| 7.  Furs and jewelry. | | **General jewelry** | - | 750.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole life insurance (currently, no cash surrender value)** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                2,300.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA with JP Morgan Chase** | - | **1,360.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% shareholder of:** **1. Allias Group Transportation, Inc.** **2. 3516 N. Ashland Builders, Inc.** **3. Elias Group, Inc.** **Value of business is unknown; resale value of stock unknown in open market. There are no bank accounts, no account activity, no assets, no income, no account receivables. Debtor is keeping companies open because of certain law suits currently pending.** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated income tax return (based on 2011 returns)** | - | **4,100.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **5,460.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                    ,      Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Total >                    7,760.00

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Elissaveta A. Tchavdarov**                                        ,   Case No. _____

                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                               *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence/Single Family House:** | **735 ILCS 5/12-901** | **15,000.00** | **1,200,000.00** |
| **220 Astor Place** | | | |
| **Northbrook, Illinois 60062** | | | |
| **(Appraised for $1,175,000 Feb. 22, 2009;** | | | |
| **debtor's atty has appraisal in hand. In name of** | | | |
| **Chicago Title Land Trust Company; Trust** | | | |
| **Number: 8002352005)** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account at Fifth Third Bank** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Necessary wearing apparel** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **General jewelry** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA with JP Morgan Chase** | **735 ILCS 5/12-704** | **1,360.00** | **1,360.00** |
| | **735 ILCS 5/12-1006** | **1,360.00** | |
| | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Anticipated income tax return (based on 2011** | **735 ILCS 5/12-1001(b)** | **3,200.00** | **4,100.00** |
| **returns)** | | | |

|  |  | Value | Current Value |
|---|---|---|---|
| Total: | | **22,220.00** | **1,206,760.00** |

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Elissaveta A. Tchavdarov** , Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **3516 N. Ashland Condo Assoc.** | | | | | Revolving Homeowners' Association Investment/7-Unit Mixed Use Commerical Bld. 3516-20 N. Ashland Chicago, Illinois 60657 (In name of Chicago Title Land Trust Company, Trust Number 8002352006.; | | | | | |
| Creditor #: 1 3516 N. Ashland Condo Assoc. c/o Kovitz Shifrin Nesbit 750 West Lake Cook, Ste. 350 Buffalo Grove, IL 60089 | X | - | | | | | X | | | |
| | | | | | Value $ 2,500,000.00 | | | | 182,353.00 | 0.00 |
| Account No. **Recording No. 0826934082** | | | | | Filed 25 Sept. 2008 Mechanic's Lien Investment/7-Unit Mixed Use Commerical Bld. 3516-20 N. Ashland Chicago, Illinois 60657 (In name of Chicago Title Land Trust Company, Trust Number 8002352006.; | | | | | |
| Creditor #: 2 ABC Remodeling Supply 5935 W. Grand Chicago, IL 60639 | | - | | | | | X | | | |
| | | | | | Value $ 2,500,000.00 | | | | 20,255.23 | 0.00 |
| Account No. **Doc. Recording: 0901449128** | | | | | 07/23/2009 Mechanic's Lien Investment/7-Unit Mixed Use Commerical Bld. 3516-20 N. Ashland Chicago, Illinois 60657 (In name of Chicago Title Land Trust Company, Trust Number 8002352006.; | | | | | |
| Creditor #: 3 AP Plumbing, Inc. c/o Bradely Daniel Birge, Esq. 6150 N. Milwaukee Ave. Chicago, IL 60646 | | - | | | | | X | | | |
| | | | | | Value $ 2,500,000.00 | | | | 20,500.00 | 0.00 |
| Account No. AP Plumbing, Inc. 228 Donald Terrace Glenview, IL 60025 | | | | | Representing: AP Plumbing, Inc. | | | | Notice Only | |
| | | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| **4** continuation sheets attached | Subtotal (Total of this page) | 223,108.23 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re      **Elissaveta A. Tchavdarov**                                    ,      Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | | | | | | |
| **Greystone Recovery Group, Corp.** 6150 N. Milwaukee Ave. Chicago, IL 60646 | | | | | **Representing:** **AP Plumbing, Inc.** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | August 2008 Possable Mechanic's Lien Investment/7-Unit Mixed Use Commerical Bld. 3516-20 N. Ashland Chicago, Illinois 60657 (In name of Chicago Title Land Trust Company, Trust Number 8002352006.; | | | | | |
| **Creditor #: 4** BJC Cabinetry & Woodwork 1300 W. Armitage Unit 84 Melrose Park, IL 60160 | | | - | | | | X | | | |
| | | | | | Value $  **2,500,000.00** | | | | **20,000.00** | **0.00** |
| Account No. 00007242320 | | | | | 04/17/2008 Commerical Mortgage Residence/Single Family House: 220 Astor Place Northbrook, Illinois 60062 (Appraised for $1,175,000 Feb. 22, 2009; debtor's atty has appraisal in hand.  In name of Chicago Title Land Trust | | | | | |
| **Creditor #: 5** Inbank f/k/a Interstate Bank 15533 South Cicero Ave. Oak Forest, IL 60452 | | | - | | | | X | | | |
| | | | | | Value $  **1,200,000.00** | | | | **651,003.00** | **486,986.00** |
| Account No. 00007242320 | | | | | 05/3/2007 Commercial Mortgage Residence/Single Family House: 220 Astor Place Northbrook, Illinois 60062 (Appraised for $1,175,000 Feb. 22, 2009; debtor's atty has appraisal in hand.  In name of Chicago Title Land Trust | | | | | |
| **Creditor #: 6** Inbank f/k/a Interstate Bank 15533 South Cicero Ave. Oak Forest, IL 60452 | | | - | | | | X | | | |
| | | | | | Value $  **1,200,000.00** | | | | **847,000.00** | **847,000.00** |
| Account No. 00007242320 | | | | | 04/17/2009 Commercial Mortgage Investment/7-Unit Mixed Use Commerical Bld. 3516-20 N. Ashland Chicago, Illinois 60657 (In name of Chicago Title Land Trust Company, Trust Number 8002352006.; | | | | | |
| **Creditor #: 7** Inbank f/k/a Interstate Bank 15533 South Cicero Ave. Oak Forest, IL 60452 | | X | - | | | | X | | | |
| | | | | | Value $  **2,500,000.00** | | | | **851,716.00** | **0.00** |

Sheet  **1**  of  **4**  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **2,369,719.00** | **1,333,986.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**_____,   Case No. _____
                                                                                  Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **00007242320** | | | 04/17/2009 Commercial Mortgage Investment/7-Unit Mixed Use Commerical Bld. 3516-20 N. Ashland Chicago, Illinois 60657 (In name of Chicago Title Land Trust Company, Trust Number 8002352006.; | | | | | |
| **Creditor #: 8 Inbank f/k/a Interstate Bank 15533 South Cicero Ave. Oak Forest, IL 60452** | X | - | | | X | | | |
| | | | Value $          **2,500,000.00** | | | | **651,002.00** | **0.00** |
| Account No. **0707978094 // 09-CH-06278** | | | 12/21/2005 Mortgage Residence/Single Family House: 220 Astor Place Northbrook, Illinois 60062 (Appraised for $1,175,000 Feb. 22, 2009; debtor's atty has appraisal in hand. In name of Chicago Title Land Trust | | | | | |
| **Creditor #: 9 JP Morgan Chase c/o Fisher & Shapiro, LLC 4201 Lake Cook Road, 1st Floor Northbrook, IL 60062** | | - | | | X | | | |
| | | | Value $          **1,200,000.00** | | | | **1,035,983.00** | **0.00** |
| Account No. | | | | | | | | |
| **Belongia, Shapiro Hynes, LLC 53 W. Jackson Blvd. Chicago, IL 60604** | | | Representing: JP Morgan Chase | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Ronald Gertzman 205 W. Randolph, Ste. 401 Chicago, IL 60606** | | | Representing: JP Morgan Chase | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Washington Mutual Fa Po Box 1093 Northridge, CA 91328** | | | Representing: JP Morgan Chase | | | | **Notice Only** | |
| | | | Value $ | | | | | |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **1,686,985.00** | **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                         ,    Case No. _____
                                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. **Doc. Rec: 0831955010** | | | | | 01/18/2009 Mechanic's Lien Investment/7-Unit Mixed Use Commerical Bld. 3516-20 N. Ashland Chicago, Illinois 60657 (In name of Chicago Title Land Trust Company, Trust Number 8002352006.; | | | | | |
| **Creditor #: 10** **PKT Construction, Inc.** **1412 E. Small Lane** **Mount Prospect, IL 60056** | | | - | | | | X | | | |
| | | | | | Value $       2,500,000.00 | | | | 15,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| **Bradley Daniel Birge, Esq.** **6150 N. Milwaukee Ave.** **Chicago, IL 60646** | | | | | Representing: PKT Construction, Inc. | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **Greystone Recovery Group, Corp.** **6150 N. Milwaukee Ave.** **Chicago, IL 60646** | | | | | Representing: PKT Construction, Inc. | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. **Recording No. 0716256000** | | | | | 6/11/2007 Mechanic's Lien Residence/Single Family House: 220 Astor Place Northbrook, Illinois 60062 (Appraised for $1,175,000 Feb. 22, 2009; debtor's atty has appraisal in hand.  In name of Chicago Title Land Trust | | | | | |
| **Creditor #: 11** **SK Instalation Remodeling** **c/o Contractor's Lien Services, Inc** **6315 N. Milwaukee Ave.** **Chicago, IL 60646** | | | - | | | | X | | | |
| | | | | | Value $       1,200,000.00 | | | | 5,877.41 | 5,877.41 |
| Account No. **Rec. No. 0830849026** | | | | | 06/17/2007 Mechanic's Lien Investment/7-Unit Mixed Use Commerical Bld. 3516-20 N. Ashland Chicago, Illinois 60657 (In name of Chicago Title Land Trust Company, Trust Number 8002352006.; | | | | | |
| **Creditor #: 12** **Voymar Carpentry, Inc.** **4819 N. Moody** **Chicago, IL 60630** | | | - | | | | X | | | |
| | | | | | Value $       2,500,000.00 | | | | 45,000.00 | 0.00 |

Sheet  **3**   of  **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 65,877.41 | 5,877.41 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Elissaveta A. Tchavdarov** _____,      Case No. _____

                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Bradley Daniel Birge, Esq.** **6150 N. Milwaukee Ave.** **Chicago, IL 60646** | | | **Representing:** **Voymar Carpentry, Inc.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Greystone Recovery Group, Corp.** **6150 N. Milwaukee Ave.** **Chicago, IL 60646** | | | **Representing:** **Voymar Carpentry, Inc.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 4,345,689.64 | 1,339,863.41 |

B6E (Official Form 6E) (4/10)

.

In re    **Elissaveta A. Tchavdarov**                                                        ,    Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Elissaveta A. Tchavdarov** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown** <br><br> **Creditor #: 1** <br> **3039 N. Shefield Condo Assoc.** <br> **3039 N. Sheffield Ave.** <br> **Chicago, IL 60657** | - | | **Revolving Investment/Condominium: 3039 N. Shefield, Unit 1, Chicago, Illinois 60657 (Part of a three unit residential condominium development; Report of Sale & Distribution on 9/14/2012)** | | X | | **Unknown** |
| Account No. **Unknown** <br><br> **Creditor #: 2** <br> **3039 N. Shefield Condo Assoc.** <br> **3039 N. Sheffield Ave.** <br> **Chicago, IL 60657** | - | | **Revolving Investment/Condominium: 3039 N. Shefield, Unit 2 Chicago, Illinois 60657 (Part of a three unit residential condominium development); Order of Possession on 9/2011** | | X | | **Unknown** |
| Account No. **Unknown** <br><br> **Creditor #: 3** <br> **3039 N. Shefield Condo Assoc.** <br> **3039 N. Sheffield Ave.** <br> **Chicago, IL 60657** | - | | **Revolving Investment/Condominium: 3039 N. Shefield, Unit 3 Chicago, Illinois 60657 (Part of a three unit residential condominium development); Report of Sale & Distribution on 7/31/2012** | | X | | **Unknown** |
| Account No. **10-M1-703121** <br><br> **Creditor #: 4** <br> **3516 N. Ashland Condo Assoc.** <br> **c/o Kovitz Shifrin Nesbit** <br> **750 West Lake Cook, Ste. 350** <br> **Buffalo Grove, IL 60089** | - | | **Joint Action for unpaid homeowner's assoc. dues & posession** | | X | | **15,238.00** |

__43__ continuation sheets attached

Subtotal
(Total of this page)    **15,238.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   S/N:30457-121017   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                              ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Elias Group** | | | | Jan - May 2008 | | | | |
| **Creditor #: 5** **ABC Remodelers Supply Company** **5935 W. Grand Ave.** **Chicago, IL 60639** | X | - | | **Contract work on 3516 N. Ashland, Chicago, Illinois** | | X | | 20,299.00 |
| Account No. | | | | | | | | |
| **Louis A. Weinstock** **300 West Adams, Ste. 840** **Chicago, IL 60606** | | | | Representing: **ABC Remodelers Supply Company** | | | | Notice Only |
| Account No. | | | | | | | | |
| **Louis A. Weinstock, Esq.** **20 N. Clark Street, Ste. 2600** **Chicago, IL 60602** | | | | Representing: **ABC Remodelers Supply Company** | | | | Notice Only |
| Account No. 3715-241917-92001 | | | | **Revolving** | | | | |
| **Creditor #: 6** **Aegis Receivables Management Inc.** **f/k/a Global Vantedge Inc.** **P.O. Box 404** **Fort Mill, SC 29716** | | - | | **Credit account.** | | | | 337.88 |
| Account No. | | | | | | | | |
| **American Express** **Box 0001** **Los Angeles, CA 90096** | | | | Representing: **Aegis Receivables Management Inc.** | | | | Notice Only |

Sheet no. __1___ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,636.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                              ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**American Express Customer Service P.O. Box 981535 El Paso, TX 79998** | | | Representing: <br>**Aegis Receivables Management Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Nationwide Credit, Inc. 2015 Vaughn Rd. NW, Ste 400 Kennesaw, GA 30144** | | | Representing: <br>**Aegis Receivables Management Inc.** | | | | **Notice Only** |
| Account No. **045194156-02** <br>**Creditor #: 7 Afni, INC 1310 Martin Luther King Drive PO Box 3517 Bloomington, IL 61702-3517** | X | - | **Credit Account** | | | | **653.66** |
| Account No. **Ref # 088557872600001** <br><br>**Allied Interstate 3000 Corporate Exchange Drive 5th Floor Columbus, OH 43231** | | | Representing: <br>**Afni, INC** | | | | **Notice Only** |
| Account No. **088557872600001** <br><br>**Diversified Consultants, inc. PO Box 551268 Jacksonville, FL 32255-1268** | | | Representing: <br>**Afni, INC** | | | | **Notice Only** |

Sheet no. __**2**___ of __**43**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **653.66**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                          ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Recording No. 0830457057** <br><br> **Creditor #: 8** <br> **Alexander Jr. Building Services, In** <br> **643 N. Kedzie** <br> **Chicago, IL 60612** | | - | | **10/30/2008** <br> **Investment/Condominium:** <br> **3039 N. Shefield, Unit 1** <br> **Chicago, Illinois 60657** <br> **(Part of a three unit residential condominium development; Report of Sale & Distribution on 9/14/2012)** | | | X | **5,000.00** |
| Account No. **Recording No. 0830457057** <br><br> **Creditor #: 9** <br> **Alexander Jr. Building Services, In** <br> **643 N. Kedzie** <br> **Chicago, IL 60612** | | - | | **10/30/2008** <br> **Investment/Condominium:** <br> **3039 N. Shefield, Unit 2** <br> **Chicago, Illinois 60657** <br> **(Part of a three unit residential condominium development)** | | | X | **5,000.00** |
| Account No. **Recording No. 0830457057** <br><br> **Creditor #: 10** <br> **Alexander Jr. Building Services, In** <br> **643 N. Kedzie** <br> **Chicago, IL 60612** | | - | | **10/30/2008** <br> **Investment/Condominium:** <br> **3039 N. Shefield, Unit 3** <br> **Chicago, Illinois 60657** <br> **(Part of a three unit residential condominium development); Report of Sale & Distribution on 7/31/2012)** | | | X | **5,000.00** |
| Account No. **09-M1-104679** <br><br> **Creditor #: 11** <br> **Alonso Munoz** <br> **1835 N. Karlov Ave.** <br> **Chicago, IL 60639** | X | - | | **Disputed income for independant contractor working for Allias Group Transportation, Inc. Included for purposes of notice, closure and discharge of any personal liability.** | | | X | **6,375.00** |
| Account No. **2009140300674** <br><br> **Creditor #: 12** <br> **American Coradius International, LL** <br> **354 Rust Lane** <br> **Boerne, TX 78006-8202** | | - | | **Credit Account** | | | | **7,708.26** |

Sheet no. __3__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)          **29,083.26**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 672009140300674 | | | | | | | |
| **DRS Bonded Collection Systems** **PO Box 498609** **Cincinnati, OH 45249-8609** | | | **Representing:** **American Coradius International, LL** | | | | **Notice Only** |
| Account No. 56005832 | | | | | | | |
| **Enhanced Recovery LLC** **8014 Bayberry Road** **Jacksonville, FL 32256** | | | **Representing:** **American Coradius International, LL** | | | | **Notice Only** |
| Account No. 3715-179123-01003 | | | **Duplicate card showing $22,243 balance with a different account number; included for purposes of notice and closure.** | | | | |
| **Creditor #: 13** **American Express** **PO Box 297871** **Fort Lauderdale, FL 33329** | - | | | | X | | 0.00 |
| Account No. 3499907795531083 09-M2-825 | | | **Opened  4/01/00** **Credit account.** | | | | |
| **Creditor #: 14** **Amex** **Po Box 297871** **Fort Lauderdale, FL 33329** | - | | | | X | | 22,453.00 |
| Account No. | | | | | | | |
| **Zwicker & Assoc., P.C.** **7366 N. Linconln Ave., Ste. 404** **Lincolnwood, IL 60712** | | | **Representing:** **Amex** | | | | **Notice Only** |

Sheet no. __4___ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,453.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Elissaveta A. Tchavdarov**_____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3499911131167843 | | | Opened 9/01/00 | | | | |
| Creditor #: 15 **Amex** **Po Box 297871** **Fort Lauderdale, FL 33329** | - | | Credit account. | | X | | 337.00 |
| Account No. 5466-1600-4889-6243 | | | Credit Account | | | | |
| Creditor #: 16 **Asset Recovery Solution** **P.O. Box 1022** **Wixom, MI 48393-1022** | - | | | | | | 65,934.49 |
| Account No. 151102584 // 09-CH-05347 | | | Opened 9/01/07 Investment/Condominium: | | | | |
| Creditor #: 17 **Bac Home Lns Lp/Ctrywd** **450 American St** **Simi Valley, CA 93065** | - | | 3039 N. Shefield, Unit 1 Chicago, Illinois 60657 (Part of a three unit residential condominium development; Report of Sale & Distribution on 9/14/2012) | | X | | 487,500.00 |
| Account No. | | | | | | | |
| **Belongia Shapiro Hynes, LLC** **53 W. Jackson Blvd.** **Chicago, IL 60604** | | | Representing: Bac Home Lns Lp/Ctrywd | | | | Notice Only |
| Account No. | | | | | | | |
| **Countywide Home Loans Servicing, LP** **c/o Codilis & Assoc., P.C.** **15W030 N. Frontage Rd., Ste. 100** **Burr Ridge, IL 60527** | | | Representing: Bac Home Lns Lp/Ctrywd | | | | Notice Only |

Sheet no. __5__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

553,771.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                          ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **151102592**<br><br>**Creditor #: 18**<br>**Bac Home Lns Lp/Ctrywd**<br>**450 American St**<br>**Simi Valley, CA 93065** | - | | | **Opened 9/01/07**<br>**Investment/Condominium:**<br>**3039 N. Shefield, Unit 3**<br>**Chicago, Illinois 60657**<br>**(Part of a three unit residential condominium development); Report of Sale & Distribution on 7/31/2012** | | X | | 393,750.00 |
| Account No.<br><br>**Pierce & Associates, PC**<br>**1 North Dearnborn Street, Ste. 1300**<br>**Chicago, IL 60602** | | | | **Representing:**<br>**Bac Home Lns Lp/Ctrywd** | | | | Notice Only |
| Account No. **4022-9701-2901-4940**<br><br>**Creditor #: 19**<br>**Baker, Sanders, Barshay, Grossman**<br>**100 Garden City Plaza, Suite 500**<br>**Garden City, NY 11530** | - | | | **Credit Account** | | | | 27,387.63 |
| Account No. **40229701290114940**<br><br>**Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA 92046-9046** | | | | **Representing:**<br>**Baker, Sanders, Barshay, Grossman** | | | | Notice Only |
| Account No. **4940**<br><br>**Northstar Location Services LLC**<br>**4285 Genesee St.**<br>**Attn: Financial Service Dept.**<br>**Cheektowaga, NY 14225-1943** | | | | **Representing:**<br>**Baker, Sanders, Barshay, Grossman** | | | | Notice Only |

Sheet no. __6__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

421,137.63

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elissaveta A. Tchavdarov** _____ ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4391** <br><br>**Creditor #: 20**<br>**Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE 19884** | - | | **Opened  7/01/08**<br>**Credit account.** | | X | | 2,494.00 |
| Account No. <br><br>Bank of America<br>PO Box 15019<br>Wilmington, DE 19886 | | | **Representing:**<br>**Bank Of America** | | | | Notice Only |
| Account No. <br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850 | | | **Representing:**<br>**Bank Of America** | | | | Notice Only |
| Account No. **728845** <br><br>**Creditor #: 21**<br>**BB&T Equipment Finance**<br>**PO Box 580155**<br>**Charlotte, NC 28258-0155** | X - | | **Aug. 2008**<br>**Two (2) 2004 Volvo with aprox. 600,000 on each truck.  Each worth aprox. $40,000; repoed aprox. 2009** | | X | | 90,000.00 |
| Account No. <br><br>BB&T<br>5130 PARKWAY PLAZA BLVD<br>PO BOX 31273<br>Charlotte, NC 28231 | | | **Representing:**<br>**BB&T Equipment Finance** | | | | Notice Only |

Sheet no. __7__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,494.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                          ,        Case No. _____
_____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **43810945878** | | | **Credit Account** | | | | |
| **Creditor #: 22**<br>**Capital Management Services, Inc.**<br>**726 Exchange Street, Ste. 700**<br>**Buffalo, NY 14210** | X | - | | | | | **2,237.16** |
| Account No. **43810945878** | | | | | | | |
| **Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA 92046-9046** | | | **Representing:**<br>**Capital Management Services, Inc.** | | | | **Notice Only** |
| Account No. **43810945878** | | | | | | | |
| **NCO Finaical Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | **Representing:**<br>**Capital Management Services, Inc.** | | | | **Notice Only** |
| Account No. **F46894951** | | | | | | | |
| **Northland Group, Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | | **Representing:**<br>**Capital Management Services, Inc.** | | | | **Notice Only** |
| Account No. **43810945878** | | | | | | | |
| **United Recovery Service LLC**<br>**18525 Torrence Ave., Ste. C-6**<br>**Lansing, IL 60438** | | | **Representing:**<br>**Capital Management Services, Inc.** | | | | **Notice Only** |

Sheet no. __**8**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **2,237.16**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                    ,    Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **111000000641244801** <br><br> **Creditor #: 23** <br> **Capital Management Services, Inc.** <br> **726 Exchange Street, Ste. 700** <br> **Buffalo, NY 14210** | - | | **Credit Account** | | | | **1,063.69** |
| Account No. **4246315116176643** <br><br> **Chase** <br> **c/o Cardmember Services** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | | **Representing:** <br> **Capital Management Services, Inc.** | | | | **Notice Only** |
| Account No. **14144754** <br><br> **Firstsource Advantage, LLC** <br> **205 Bryant Woods South** | | | **Representing:** <br> **Capital Management Services, Inc.** | | | | **Notice Only** |
| Account No. **402297012901** <br><br> **Creditor #: 24** <br> **Chase** <br> **800 Brooksedge Blvd** <br> **Westerville, OH 43081** | - | | **Opened 5/01/99** <br> **Credit account.** | | X | | **27,387.00** |
| Account No. <br><br> **Client Services, Inc.** <br> **3451 Harry Truman Blvd** <br> **Saint Charles, MO 63301** | | | **Representing:** <br> **Chase** | | | | **Notice Only** |

Sheet no. __**9**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **28,450.69**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                        ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **558250862610** <br><br> **Creditor #: 25** <br> **Chase** <br> **800 Brooksedge Blvd** <br> **Westerville, OH 43081** | - | | | **Opened 12/01/07** <br> **Credit account.** | | X | | **16,919.00** |
| Account No. <br><br> **Chase** <br> **Cardmember Service** <br> **P.O. Box 15548** <br> **Wilmington, DE 19886** | | | | **Representing:** <br> **Chase** | | | | **Notice Only** |
| Account No. **111000000641244801** <br><br> **Creditor #: 26** <br> **Chase** <br> **OH1-1188** <br> **340 S. Cleveland Ave. Bldg. 370** <br> **Westerville, OH 43081** | - | | | **Revolving** <br> **Corporate debt in name of Elias Group Inc., personally guaranteed by debtor.** | | | | **1,063.69** |
| Account No. <br><br> **Chase** <br> **National Payment Services** <br> **P.O. Box 182223 Dept. OH1-1272** <br> **Columbus, OH 43218** | | | | **Representing:** <br> **Chase** | | | | **Notice Only** |
| Account No. **008002352007** <br><br> **Creditor #: 27** <br> **Chicago Title & Land Trust Comp.** <br> **c/o Bonded Collection Corporation** <br> **PO Box 122** <br> **Wixom, MI 48393-1022** | - | | | **Land trust fees** | | X | | **215.00** |

| | | |
|---|---|---|
| Sheet no. __**10**__ of __**43**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **18,197.69** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **008002352005** | | | Land trust fees | | | | |
| **Creditor #: 28 Chicago Title & Land Trust Comp. c/o Bonded Collection Corporation PO Box 122 Wixom, MI 48393-1022** | - | | | | X | | 165.00 |
| Account No. **09-M1-112756** | | | Suit filed Feb. 11, 2009 Breach of lease law suit. | | | | |
| **Creditor #: 29 Chris Wawak 2853 N. Lincoln, Unit 2 Chicago, IL 60657** | - | | | | X | | 7,500.00 |
| Account No. **546616004889** | | | Opened  9/01/01 Credit account. | | | | |
| **Creditor #: 30 Citi Po Box 6241 Sioux Falls, SD 57117** | - | | | | X | | 43,113.00 |
| Account No. | | | | | | | |
| **Citi Cards Processing Center PO Box 688901 Des Moines, IA 50363** | | | Representing: Citi | | | | Notice Only |
| Account No. | | | | | | | |
| **Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301** | | | Representing: Citi | | | | Notice Only |

Sheet no. __11__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **50,778.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                      ,         Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **Client Services, Inc. / Citicards** P.O. Box 1503 Saint Peters, MO 63376 | | | | | Representing: Citi | | | | **Notice Only** |
| Account No. **542418058721** **Creditor #: 31** **Citi** **Po Box 6241** **Sioux Falls, SD 57117** | - | | | | Opened  9/01/08 Credit account. | | X | | **877.00** |
| Account No. **Citi** **7920 NW 110th St.** **Kansas City, MO 64153** | | | | | Representing: Citi | | | | **Notice Only** |
| Account No. **Citi** **Customer Service** **Box 6000** **The Lakes, NV 89163** | | | | | Representing: Citi | | | | **Notice Only** |
| Account No. **Citi Cards** **P.O. Box 6077** **Sioux Falls, SD 57117** | | | | | Representing: Citi | | | | **Notice Only** |

Sheet no. __12__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **877.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                              ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CitiBank (South Dakota) NA**<br>**PO Box 140310**<br>**Toledo, OH 43614** | | | **Representing:**<br>**Citi** | | | | **Notice Only** |
| Account No. <br><br>**United Collection Bureau, Inc.**<br>**5620 Southwych Blvd., Suite 206**<br>**Toledo, OH 43614** | | | **Representing:**<br>**Citi** | | | | **Notice Only** |
| Account No. **6073365838304447**<br>**Creditor #: 32**<br>**Citifinancial**<br>**Po Box 499**<br>**Hanover, MD 21076** | - | | **Opened 8/01/08 Last Active 2/01/09**<br>**Unsecured** | | | | **9,788.00** |
| Account No. **673306580304447**<br>**Creditor #: 33**<br>**CitiFinancial**<br>**P.O. Box 217**<br>**Fort Mill, SC 29715** | - | | **Revolving**<br>**Credit account.** | | | | **9,788.61** |
| Account No. <br><br>**Citifinancial**<br>**PO Box 70918**<br>**Charlotte, NC 28272** | | | **Representing:**<br>**CitiFinancial** | | | | **Notice Only** |

Sheet no. __**13**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,576.61**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                    ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **16671 3203 30000 0000**<br><br>**Creditor #: 34**<br>**ComED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | - | **Revolving**<br>**Utilties for 3516 N. Ashland** | | X | | 458.00 |
| Account No. **09390 7010 30000 0000**<br><br>**Creditor #: 35**<br>**ComED**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | - | **Revolving**<br>**Utilties for 3516 N. Ashland** | | X | | 703.00 |
| Account No. **0939070103**<br><br>**Creditor #: 36**<br>**ComED**<br>**c/o CCI**<br>**PO Box 212489**<br>**Augusta, GA 30917-2489** | | - | **Collections for ComED on utilities used for 3516 N. Ahsland Builders, Inc.; maybe personally guaranteed by debtor.** | | X | | 1,278.00 |
| Account No.<br><br>**Creditor #: 37**<br>**Conex**<br>**1250 N. Greenview**<br>**Chicago, IL 60622** | X | - | **Contract work on 3516 N. Ashland, Chicago, Illinois** | | X | | 205.00 |
| Account No. **1010046916001**<br><br>**Creditor #: 38**<br>**Deltamnggrp**<br>**2499 Rice St**<br>**Saint Paul, MN 55113** | | - | **Opened  5/12/09**<br>**Collection 09 Huntington Nation** | | | | 279,876.00 |

| | | |
|---|---|---|
| Sheet no. __14__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 282,520.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                         ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **601100752070** <br><br> **Creditor #: 39** <br> **Discover Fin Svcs Llc** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | | - | **Opened 12/01/99** <br> **Credit account.** | | X | | 4,686.00 |
| Account No. <br><br> **Client Services, Inc.** <br> **3451 Harry Truman Blvd.** <br> **Saint Charles, MO 63301** | | | **Representing:** <br> **Discover Fin Svcs Llc** | | | | Notice Only |
| Account No. <br><br> **Discover** <br> **P.O. Box 6103** <br> **Carol Stream, IL 60197** | | | **Representing:** <br> **Discover Fin Svcs Llc** | | | | Notice Only |
| Account No. **15946** <br><br> **Creditor #: 40** <br> **Don Mar Service Corporation** <br> **500 West Palatine road, Ste. 105** <br> **Wheeling, IL 60090** | X | - | **04/02/2008** <br> **Contract work on 3516 N. Ashland, Chicago, Illinois** | | X | | 12,645.00 |
| Account No. **6034 5907 0029 0106** <br><br> **Creditor #: 41** <br> **Encore Receivable Management, Inc.** <br> **400 N. Rogers Rd.** <br> **PO Box 3330** <br> **Olathe, KS 66063-3333** | | - | **Revolving** <br> **Credit account.** | | | | 11,482.06 |

Sheet no. __15__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,813.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                      ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ABT TV** <br> **P.O. Box 960061** <br> **Orlando, FL 32896** | | | Representing: <br> **Encore Receivable Management, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Encore Receivable Management, Inc.** <br> **P.O. Box 47248** <br> **Oak Park, MI 48237** | | | Representing: <br> **Encore Receivable Management, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **G.E. Money Bank** <br> **P.O. Box 981127** <br> **El Paso, TX 79998** | | | Representing: <br> **Encore Receivable Management, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **SDVIKI10** <br> **P.O. Box 1022** <br> **Wixom, MI 48393** | | | Representing: <br> **Encore Receivable Management, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Viking Collection Services, Inc.** <br> **7500 Office Ridge Circle** <br> **Eden Prairie, MN 55344** | | | Representing: <br> **Encore Receivable Management, Inc.** | | | | **Notice Only** |

Sheet no. __**16**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                    ,   Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **13765552** | | | | **Credit Account** | | | | |
| **Creditor #: 42**<br>**Encore Receivable Management, Inc.**<br>**400 N. Rogers Rd.**<br>**PO Box 3330**<br>**Olathe, KS 66063-3333** | - | | | | | | | **4,686.50** |
| Account No. **6011007520703405** | | | | | | | | |
| **Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA 92046-9046** | | | | **Representing:**<br>**Encore Receivable Management, Inc.** | | | | **Notice Only** |
| Account No. **6011007520703405** | | | | | | | | |
| **Capital Management Services, Inc.**<br>**726 Exchange Street, Ste. 700**<br>**Buffalo, NY 14210** | | | | **Representing:**<br>**Encore Receivable Management, Inc.** | | | | **Notice Only** |
| Account No. **6011007520703405** | | | | | | | | |
| **FMA Alliance, Ltd.**<br>**11811 N. Freeway**<br>**Suite 900**<br>**Houston, TX 77060** | | | | **Representing:**<br>**Encore Receivable Management, Inc.** | | | | **Notice Only** |
| Account No. **H4475558** | | | | | | | | |
| **Redline Recovery**<br>**PO Box 1022**<br>**Fort Mill, SC 29716** | | | | **Representing:**<br>**Encore Receivable Management, Inc.** | | | | **Notice Only** |

Sheet no. __**17**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,686.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                      ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 001252589 <br><br> Creditor #: 43 <br> GE Capital Corp. <br> 300 E. Carpenter Free Way, Unit 200 <br> Irving, TX 75062 | X | - | Aprox. April 2008 <br> Three (3) 2001 Trailers in name of Allias Group Transportation, Inc. (each worth aprox. $6,000); repo aprox. end of 2009. | | X | | 277,266.00 |
| Account No. 25238 <br><br> Creditor #: 44 <br> Glass Dimensions <br> 1942 N. 15th Ave. <br> Melrose Park, IL 60160 | X | - | Contract work on 3516 N. Ashland, Chicago, Illinois | | X | | 11,452.00 |
| Account No. 562006 <br><br> Creditor #: 45 <br> Granite Leaders <br> c/o Evans, Loewenstein, Shimanovsky <br> 130 S. Jefferson St., Ste. 350 <br> Chicago, IL 60661 | | | 2008/2009 <br> Contractor work performed on 3516 N. Ashland, Chicago | | X | | 7,630.00 |
| Account No. <br><br> Granite Leaders <br> 650 Chase Ave. <br> Elk Grove Village, IL 60007 | | | Representing: <br> Granite Leaders | | | | Notice Only |
| Account No. 1016423 <br><br> Creditor #: 46 <br> Illinois Brick Company <br> 5191 Paysphere Circle <br> Chicago, IL 60674 | | - | Summer 2007 <br> Bricks for construction work; in name of Elias Group, Inc.; may be personally guaranteed by debtor; included for notice, closure and discharge of any personal liaiblity. | | X | | 2,942.00 |

Sheet no. __18__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

299,290.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Illinois Bricks** <br> **Frank LaRocca** <br> **9130 Oakwood Drive** <br> **Tinley Park, IL 60487** | | | **Representing:** <br> **Illinois Brick Company** | | | | **Notice Only** |
| Account No. 3516 N. Ahsland Ave. <br><br> **Creditor #: 47** <br> **Illinois Disposal Company** <br> **12100 S. Marshfield Ave.** <br> **Calumet Park, IL 60827** | X | - | **Contract work on 3516 N. Ashland, Chicago, Illinois** | | X | | **575.00** |
| Account No. 53626 <br><br> **Creditor #: 48** <br> **Illinois Secretary of STate** <br> **Dept. of Accounting, Room 235** <br> **501 S. 2nd St. (Howlett Building)** <br> **Springfield, IL 62756** | | - | **2009 & 2010; audit of Elias Group, Inc.; claim for unpaid milage usage to State.  Included for discharge of any personal liability.** | | X | | **21,216.00** |
| Account No. 00007242320 <br><br> **Creditor #: 49** <br> **Inbank f/k/a Interstate Bank** <br> **15533 South Cicero Ave.** <br> **Oak Forest, IL 60452** | X | - | **04/17/2008** <br> **Investment/Condominium:** <br> **3039 N. Shefield, Unit 1** <br> **Chicago, Illinois 60657** <br> **(Part of a three unit residential condominium development; Report of Sale & Distribution on 9/14/2012)** | | X | | **847,768.00** |
| Account No. 00007242320 <br><br> **Creditor #: 50** <br> **Inbank f/k/a Interstate Bank** <br> **15533 South Cicero Ave.** <br> **Oak Forest, IL 60452** | X | - | **04/17/2008** <br> **Investment/Condominium:** <br> **3039 N. Shefield, Unit 1** <br> **Chicago, Illinois 60657** <br> **(Part of a three unit residential condominium development; Report of Sale & Distribution on 9/14/2012)** | | X | | **651,003.00** |

Sheet no. __19__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,520,562.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Elissaveta A. Tchavdarov** _____, Case No. _____

　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **00007242320** <br><br> **Creditor #: 51** <br> **Inbank f/k/a Interstate Bank** <br> **15533 South Cicero Ave.** <br> **Oak Forest, IL 60452** | X | - | | 04/17/2008 <br> **Investment/Condominium:** <br> **3039 N. Shefield, Unit 2** <br> **Chicago, Illinois 60657** <br> **(Part of a three unit residential condominium development); Order of Possession on 9/2011** | | X | | 847,769.00 |
| Account No. **00007242320** <br><br> **Creditor #: 52** <br> **Inbank f/k/a Interstate Bank** <br> **15533 South Cicero Ave.** <br> **Oak Forest, IL 60452** | X | - | | 04/17/2008 <br> **Investment/Condominium:** <br> **3039 N. Shefield, Unit 2** <br> **Chicago, Illinois 60657** <br> **(Part of a three unit residential condominium development); Order of Possession on 9/2011** | | X | | 651,002.00 |
| Account No. **00007242320 // 09-CH-27832** <br><br> **Creditor #: 53** <br> **Inbank f/k/a Interstate Bank** <br> **15533 South Cicero Ave.** <br> **Oak Forest, IL 60452** | X | - | | 04/17/2008 <br> **Investment/Condominium:** <br> **3039 N. Shefield, Unit 3** <br> **Chicago, Illinois 60657** <br> **(Part of a three unit residential condominium development); Report of Sale & Distribution on 7/31/2012** | | X | | 847,769.00 |
| Account No. **09-CH-27832** <br><br> **Bank of America** <br> **c/o Pierce & Assoc.** <br> **1 N. Dearborn, Unit 1300** <br> **Chicago, IL 60602** | | | | **Representing:** <br> **Inbank f/k/a Interstate Bank** | | | | Notice Only |
| Account No. **00007242320** <br><br> **Creditor #: 54** <br> **Inbank f/k/a Interstate Bank** <br> **15533 South Cicero Ave.** <br> **Oak Forest, IL 60452** | X | - | | 04/17/2008 <br> **Investment/Condominium:** <br> **3039 N. Shefield, Unit 3** <br> **Chicago, Illinois 60657** <br> **(Part of a three unit residential condominium development); Report of Sale & Distribution on 7/31/2012** | | X | | 651,002.00 |

Sheet no. __20__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,997,542.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elissaveta A. Tchavdarov**                                                              ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2900 9424 823**<br><br>**Creditor #: 55**<br>**Infinity Financial Services**<br>**PO Box 9001133**<br>**Louisville, KY 40290-1133** | - | | **2008 Infinity G37 with aprox. 10,000 miles in name of Elias Group, Inc. (leased); Vol Repo aprox. May 2012** | | X | | 26,030.00 |
| Account No. **2900 9424 823**<br><br>**Creditor #: 56**<br>**Infinity Financial Services**<br>**PO Box 9001133**<br>**Louisville, KY 40290-1133** | - | | **Vehicle lease in name of Elias Group, Inc.; personally guaranteed by debtor; returned prior to expiration of lease.** | | X | | **Unknown** |
| Account No. **111000000641244801**<br><br>**Creditor #: 57**<br>**Integrity Financial Partners, Inc.**<br>**PO box 11530**<br>**Overland Park, KS 66207-4230** | | | **Revolving**<br>**Collections for JP Morgan Chase; Checking account overdraft in name of Elias Group, Inc.** | | X | | 1,064.00 |
| Account No.<br><br>**Integrity Financial Partnres, Inc.**<br>**4370 W. 109th Street, Ste. 110**<br>**Leawood, KS 66211** | | | **Representing:**<br>**Integrity Financial Partners, Inc.** | | | | **Notice Only** |
| Account No. **6034590700290106**<br><br>**Creditor #: 58**<br>**John C. Bonewicz, Esq.**<br>**350 N. Orleans Street**<br>**Ste. 350**<br>**Chicago, IL 60654** | - | | **Credit Account** | | | | 12,197.57 |

Sheet no. __21__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,291.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                    ,    Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **011973213** <br><br> **LTD Financial Serices, L.P.** <br> **7322 Southwest Freeway, Suite 1600** <br> **Houston, TX 77074** | | | Representing: <br> **John C. Bonewicz, Esq.** | | | | **Notice Only** |
| Account No. **15325197090804177** <br><br> **Pentagroup Financial LLC** <br> **Po Box 742209** <br> **Houston, TX 77274-2209** | | | Representing: <br> **John C. Bonewicz, Esq.** | | | | **Notice Only** |
| Account No. **6034590700290106** <br><br> **VCS** <br> **7500 Office Ridge Circle** <br> **Eden Prairie, MN 55344** | | | Representing: <br> **John C. Bonewicz, Esq.** | | | | **Notice Only** |
| Account No. **U9-3488; PIN: 364699** <br><br> **Creditor #: 59** <br> **Kansas Dept. of Revenue** <br> **Robert B. Docking State Offic. Blvd** <br> **Topeka, KS 66612-1585** | - | | **Motor Carrier Property Tax Bill for Allias Group Transoration, Inc.; included for purposes of discharge of personal liaiblity, if any.** | | | X | **100.00** |
| Account No. **6035320167325214** <br><br> **Creditor #: 60** <br> **Law Offices Blatt, Hassenmiller,** <br> **Leibsker & Moore LLC** <br> **125 S. Wacker Dr., Ste. 400** <br> **Chicago, IL 60606** | - | | **Revolving Credit account.** | | | | **19,564.64** |

| | | |
|---|---|---|
| Sheet no. __22__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **19,664.64** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                      ,     Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Citibank (South Dakota), N.A.** **PO Box 6189** **Sioux Falls, SD 57117** | | | **Representing:** **Law Offices Blatt, Hassenmiller,** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **The Home Depot Credit Services** **PO Box 689100** **Des Moines, IA 50368** | | | **Representing:** **Law Offices Blatt, Hassenmiller,** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **United Recovery Systems** **5800 North Course Drive** **Houston, TX 77072** | | | **Representing:** **Law Offices Blatt, Hassenmiller,** | | | | **Notice Only** |
| Account No. **Case No. 10-L-864** | | | **Attorneys fees** | | | | |
| **Creditor #: 61** **Law Offices of Arnold H. Landis, P.** **77 West Washington Street** **Ste. 702** **Chicago, IL 60602** | - | | | | | X | **4,115.00** |
| Account No. **ending 2001** | | | **Credit account** | | | | |
| **Creditor #: 62** **Law Offices of Mitchell N. Kay** **205 West Randolph Street, Suite 920** **Chicago, IL 60606** | - | | | | | | **337.88** |

Sheet no. __23__ of __43__ sheets attached to Schedule of             Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)      **4,452.88**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                    ,    Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **GW6526** <br><br> **NCO Finaical Systems, Inc.** **507 Prudential Road** **Horsham, PA 19044** | | | | **Representing:** **Law Offices of Mitchell N. Kay** | | | | **Notice Only** |
| Account No. **Case #09 M2 825** <br><br> **Zwicker $ Associates, P.C.** **80 Minhuteam Rd.** **Andover, MA 01810-1008** | | | | **Representing:** **Law Offices of Mitchell N. Kay** | | | | **Notice Only** |
| Account No. **17330553** <br><br> **Creditor #: 63** **Leading Edge Recovery Solutions** **5440 N. cumberland Ave., Ste. 300** **Chicago, IL 60656** | - | | | **Credit Account** | | | | **71,847.21** |
| Account No. **19085981** <br><br> **Alliance One Receivables Management** **PO Box 2449** **Gig Harbor, WA 98335-2449** | | | | **Representing:** **Leading Edge Recovery Solutions** | | | | **Notice Only** |
| Account No. **5466160048896243** <br><br> **Asset Recovery Solution** **P.O. Box 1022** **Wixom, MI 48393-1022** | | | | **Representing:** **Leading Edge Recovery Solutions** | | | | **Notice Only** |

Sheet no. __**24**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**71,847.21**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                            ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **RR3206** <br><br> **NCO Finaical Systems, Inc.** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | | Representing: <br> **Leading Edge Recovery Solutions** | | | | **Notice Only** |
| Account No. **5466160048896243** <br><br> **United Collection Bureau, Inc.** <br> **5620 Southwych Blvd., Suite 206** <br> **Toledo, OH 43614** | | | Representing: <br> **Leading Edge Recovery Solutions** | | | | **Notice Only** |
| Account No. **6034590700290106** <br><br> **Creditor #: 64** <br> **Lvnv Funding Llc** <br> **Po Box 740281** <br> **Houston, TX 77274** | - | | **Opened 3/01/09** <br> **Credit account.** | | X | | **11,908.00** |
| Account No. **7567671** <br><br> **Creditor #: 65** <br> **Mack Financial Services** <br> **2100 Mack Blvd.** <br> **Allentown, PA 18103** | X | - | **Sept. 2007** <br> **2004 Volvo truck with aprox. 650,000 miles in name of Elias Group, Inc.; repo end of 2009** | | X | | **55,293.00** |
| Account No. <br><br> **Mack Financial Services** <br> **PO Box 26131** <br> **Greensboro, NC 27402-6131** | | | Representing: <br> **Mack Financial Services** | | | | **Notice Only** |

Sheet no. __**25**__ of __**43**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**67,201.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Elissaveta A. Tchavdarov**_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **43-810-945-878-0** | | | | Revolving Credit account. | | | | |
| **Creditor #: 66** **Macy's** **P.O. Box 689195** **Des Moines, IA 50368** | | - | | | | | | 2,157.57 |
| Account No. | | | | | | | | |
| **Macy's** **111 Boulder Industrial Drive** **Bridgeton, MO 63044** | | | | Representing: Macy's | | | | Notice Only |
| Account No. **4019-8114-3505-5323** | | | | Revolving Credit account. | | | | |
| **Creditor #: 67** **Macy's Visa** **P.O. Box 8058** **Mason, OH 45040** | | - | | | | | | 15,640.37 |
| Account No. | | | | | | | | |
| **Macy's Visa** **9111 Duke Blvd.** **Mason, OH 45040** | | | | Representing: Macy's Visa | | | | Notice Only |
| Account No. 283934 | | | | May 2008 Investment/Lot:4113 N. Western Ave. | | | | |
| **Creditor #: 68** **MB Financial Bank** **6111 North River Road** **Des Plaines, IL 60018** | X | - | | Chicago, Illinois 60618; (In name of Chicago Title Land Trust Company, Trust Number: 8002352007; Deed in lieu of foreclosure executed 9/1/2010 (recorded 1/13/2011); deficiency aprox. | | | X | 248,800.00 |

Sheet no. __26__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 266,597.94 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elissaveta A. Tchavdarov**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **JDI Realty, LLC 853 N. Elston Chicago, IL 60642** | | | Representing: MB Financial Bank | | | | **Notice Only** |
| Account No. **JWS Laons, LLC c/o Gomberg & Sharfamn, Ltd. 208 S. LaSalle St. Chicago, IL 60606** | | | Representing: MB Financial Bank | | | | **Notice Only** |
| Account No. **MB Financial Bank 800 West Madison Street Chicago, IL 60607** | | | Representing: MB Financial Bank | | | | **Notice Only** |
| Account No. **MB Financial Bank, N.A. Commericla Banking-Western Ave. 936 North Western Ave. Chicago, IL 60622** | | | Representing: MB Financial Bank | | | | **Notice Only** |
| Account No. **TWG Funding 24 LLC/JWS Laons, LLC 853 N. Elston Chicago, IL 60642** | | | Representing: MB Financial Bank | | | | **Notice Only** |

Sheet no. __27__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                          ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3516 N. Ashland** <br><br> **Creditor #: 69** <br> **McClaffery Construction** <br> **1250 N. Greenview, Apt. G** <br> **Chicago, IL 60622** | X | - | 04/09/2008 <br> **Contract work on 3516 N. Ashland, Chicago, Illinois** | | X | | <br><br><br> **15,106.00** |
| Account No. **4381094587820** <br><br> **Creditor #: 70** <br> **Mcydsnb** <br> **9111 Duke Blvd** <br> **Mason, OH 45040** | | - | **Opened 12/01/07  Last Active 12/31/08** <br> **Credit account.** | | X | | <br><br><br> **2,078.00** |
| Account No. **70025557499** <br><br> **Creditor #: 71** <br> **Mercedes-Benz Financial** <br> **PO Box 9001680** <br> **Louisville, KY 40290-1680** | | - | **2008 Mercedes C300 with aprox. 20,000 miles in name of Elias Group, Inc. (leased).  Vol. repo aprox. March 2011** | | X | | <br><br><br> **13,325.00** |
| Account No. <br><br> **Allied International Credit Corp** <br> **100 East Shore Drive, 3rd Floor** <br> **Glen Allen, VA 23059** | | | **Representing:** <br> **Mercedes-Benz Financial** | | | | **Notice Only** |
| Account No. <br><br> **ARM** <br> **PO Box 129** <br> **Thorofare, NJ 08086-0129** | | | **Representing:** <br> **Mercedes-Benz Financial** | | | | **Notice Only** |

Sheet no. __**28**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**30,509.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mercedes-Benz Financial Services** <br> **PO Box 685** <br> **Roanoke, TX 76262** | | | | **Representing:** <br> **Mercedes-Benz Financial** | | | | **Notice Only** |
| Account No. <br><br> **Northstar Location Services LLC** <br> **4285 Genesee St.** <br> **Attn: Financial Service Dept.** <br> **Cheektowaga, NY 14225-1943** | | | | **Representing:** <br> **Mercedes-Benz Financial** | | | | **Notice Only** |
| Account No.  **APP# 40070161 // 40037411** <br><br> **Creditor #: 72** <br> **Mericap Credit Corporation** <br> **1415 West 22nd Street** <br> **Suite 550E** <br> **Oak Brook, IL 60523** | X | - | | **March 2008** <br> **Five (5) 2001 Wabash trailers in name of Allias Group Transportatin, Inc.; personally guranteed by debtor; repossessed aprox. Feb. 2009** | | | X | **61,618.00** |
| Account No. <br><br> **Mericap Credit** <br> **PO Box 730547** <br> **Dallas, TX 75373** | | | | **Representing:** <br> **Mericap Credit Corporation** | | | | **Notice Only** |
| Account No. <br><br> **MeriCap Credit Corporation** <br> **3333 Warenville Rd.** <br> **Ste. 325** <br> **Lisle, IL 60532** | | | | **Representing:** <br> **Mericap Credit Corporation** | | | | **Notice Only** |

Sheet no. __29__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **61,618.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                              ,    Case No. _____

                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **RSource**<br>**6001 Broken Sount Parkway N.W.**<br>**Suite 620**<br>**Boca Raton, FL 33487** | | | **Representing:**<br>**Mericap Credit Corporation** | | | | **Notice Only** |
| Account No. **APP# 40037411** | | | **Aug. 2007** | | | | |
| **Creditor #: 73**<br>**MeriCap Credit Corporation**<br>**3333 Warenville Rd.**<br>**Ste. 325**<br>**Lisle, IL 60532** | X | - | **Two (2) 2004 Volvo Truck with aprox. 650,000 miles in name of Elias Group, Inc.; repossessed Jan & Feb. 2009 (respectivly) (trucks leased)** | | X | | **90,000.00** |
| Account No. | | | | | | | |
| **RSource**<br>**6001 Broken Sount Parkway N.W.**<br>**Suite 620**<br>**Boca Raton, FL 33487** | | | **Representing:**<br>**MeriCap Credit Corporation** | | | | **Notice Only** |
| Account No. **09-M1-021270** | | | **Suit for damages under negligence against** | | | | |
| **Creditor #: 74**<br>**Nationwide Insurance a/s/o Smith**<br>**c/o Guest Walsh & Townsend, Ltd.**<br>**120 W. Madison St., Ste. 1100**<br>**Chicago, IL 60602** | | - | **Elias Group, Inc.; debtor not named as a defendant; included for purposes of discharge of any unforseen personal obligation; disputed.** | | X | | **1,988.00** |
| Account No. **JP7994** | | | **Credit Account** | | | | |
| **Creditor #: 75**<br>**NCO Finaical Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | - | | | | | **22,757.89** |

Sheet no. __30__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**114,745.89**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                          ,   Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **15260886** <br><br> **Creditor #: 76** <br> **NES of Ohio** <br> **29125 Solon Road** <br> **Solon, OH 44139-3442** | X | - | **Credit Account** | | | | **2,953.65** |
| Account No. **4391** <br><br> **Advanced Call Center Technologies,** <br> **PO Box 15137** <br> **Wilmington, DE 19850-5137** | | | **Representing:** <br> **NES of Ohio** | | | | **Notice Only** |
| Account No. **15260886** <br><br> **Asset Acceptance, LLC** <br> **c/o Sanjay S. Julta, Esq.** <br> **55 E. Jackson, 16th Floor** <br> **Chicago, IL 60604** | | | **Representing:** <br> **NES of Ohio** | | | | **Notice Only** |
| Account No. **5490356999991765** <br><br> **Associated Recovery Systems** <br> **PO Box 469046** <br> **Escondido, CA 92046-9046** | | | **Representing:** <br> **NES of Ohio** | | | | **Notice Only** |
| Account No. **5490356999991765** <br><br> **Echelon Recovery, Inc.** <br> **PO Box 1880** <br> **Voorhees, NJ 08043** | | | **Representing:** <br> **NES of Ohio** | | | | **Notice Only** |

Sheet no. __**31**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,953.65**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                    ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5490356608564391**<br><br>**FIA Card Services**<br>**P.O. Box 15137**<br>**Wilmington, DE 19850** | | | **Representing:**<br>**NES of Ohio** | | | | **Notice Only** |
| Account No. **File #28310378**<br><br>**FMA Alliance, Ltd.**<br>**PO Box 2409**<br>**Houston, TX 77252-2409** | | | **Representing:**<br>**NES of Ohio** | | | | **Notice Only** |
| Account No. **118004383**<br><br>**Leading Edge Recovery Solutions**<br>**5440 N. cumberland Ave., Ste. 300**<br>**Chicago, IL 60656** | | | **Representing:**<br>**NES of Ohio** | | | | **Notice Only** |
| Account No. **90133936271**<br><br>**Creditor #: 77**<br>**NMHG Financial Services**<br>**PO Box 643749**<br>**Pittsburgh, PA 15264-3749** | X | - | **Summer 2008**<br>**Leased Forklift in name of Elias Group, Inc.**<br>**(Claimed amount is an estimate)** | | X | | **12,000.00** |
| Account No. **AS001**<br><br>**Creditor #: 78**<br>**OCR**<br>**Attn: AS001/1371316**<br>**PO Box 544**<br>**Saint Joseph, MO 64502** | | - | **Debt for Allian Group Transporation; included**<br>**for discharge of any personal liability.** | | X | | **374.00** |

Sheet no. __32__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,374.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                                     ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2253549** | | | Revolving Credit account. | | | | |
| **Creditor #: 79** **Omni Credit Services of Florida,Inc** P.O. Box 23381 **Tampa, FL 33623** | - | | | | | | 16,003.08 |
| Account No. | | | Representing: | | | | |
| **DSNB/VISA** | | | **Omni Credit Services of Florida,Inc** | | | | Notice Only |
| Account No. **443466-2** | | | Revolving | | | | |
| **Creditor #: 80** **PAETEC (LM)** 3 Golf Road, Ste. 352 **Hoffman Estates, IL 60169** | X - | | Telephone service for Allias Group Transportation, Inc.; personally guranteed by debtor. | | X | | 8,567.00 |
| Account No. | | | Representing: | | | | |
| **Law Offices of Phillip R. Sauer, LL** 3 Gold Road, Ste. 352 **Hoffman Estates, IL 60169** | | | **PAETEC (LM)** | | | | Notice Only |
| Account No. | | | Representing: | | | | |
| **PAETEC** PO box 3243 **Milwaukee, WI 53201-3243** | | | **PAETEC (LM)** | | | | Notice Only |

Sheet no. __**33**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    24,570.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                          ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **PAETEC** PO Box 3177 Cedar Rapids, IA 52406-3177 | | | Representing: **PAETEC (LM)** | | | | **Notice Only** |
| Account No. **07-L-000974** Creditor #: 81 **Peck Bloom, LLC** 105 West Adams Street Chicago, IL 60603 | - | | **Suit filed Jan. 2007 Attorneys' fees** | | X | | 6,319.00 |
| Account No. **5582-5086-2610-2351** Creditor #: 82 **Pentagroup Financial LLC** Po Box 742209 Houston, TX 77274-2209 | X - | | **Credit Account** | | | | 19,400.91 |
| Account No. Creditor #: 83 **People's Gas** Harris & Harris, Ltd. 222 Merchandise Mart Plz, Ste. 1900 Chicago, IL 60654 | X - | | **Utilities for 3516 N. Ashland Builders; maybe personally guaranteed by debtor.** | | X | | 1,466.00 |
| Account No. **4 5000 4780 8419** Creditor #: 84 **Peoples Gas** Chicago, IL 60687 | X - | | **Utilities for 3516 N. Ashland, Chicago, Illinois** | | X | | 1,445.00 |

Sheet no. __34__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                      Subtotal
                                                             (Total of this page)        **28,630.91**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                          ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **1751** | | | | | Debt of Allias Group Transporation, Inc.; included for purposes of any personal liability to debtor. | | | | |
| Creditor #: 85<br>**Power Trucks, Inc.**<br>**c/o Law Offices of John Cavicchio**<br>**400 Rouser Road, Ste. 202-A**<br>**Coraopolis, PA 15108** | - | | | | | | X | | |
| | | | | | | | | | 800.00 |
| Account No. | | | | | | | | | |
| **Power Trucks, Inc.**<br>**c/o Law Offices of John Cavicchio**<br>**400 Rourser Road, Ste. 202-A**<br>**Moon Township, PA 15108** | | | | | Representing:<br>Power Trucks, Inc. | | | | Notice Only |
| Account No. | | | | | | | | | |
| **Power Trucks, Inc.**<br>**280 E. Forest Knoll**<br>**Palatine, IL 60074** | | | | | Representing:<br>Power Trucks, Inc. | | | | Notice Only |
| Account No. **SNS02739-01** | | | | | Nov. 5, 2008<br>Subrogation claim by insurance company against Elias Group, Inc. & Allias Group Trans., Inc.; included for purposes of discharge of any personal liability. | | | | |
| Creditor #: 86<br>**RCA Insurnace Group**<br>**1333 Broad Street**<br>**Clifton, NJ 07013** | - | | | | | | X | | |
| | | | | | | | | | 5,000.00 |
| Account No. **181770** | | | | | | | | | |
| **The Burlington Insurance Company**<br>**238 International Road**<br>**Burlington, NC 27215** | | | | | Representing:<br>RCA Insurnace Group | | | | Notice Only |

Sheet no. __**35**__ of __**43**__ sheets attached to Schedule of         Subtotal                              5,800.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **Elissaveta A. Tchavdarov**                                    ,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3516 N. Ashland, Chicago, Illi** | | | | Contract work on 3516 N. Ashland, Chicago, Illinois | | | | |
| **Creditor #: 87** **RJR Insulation Co., Inc.** **36817 Buck Ct.** **Lake Villa, IL 60046** | X | - | | | | X | | |
| | | | | | | | | 2,725.00 |
| Account No. **12-M1-122333** | | | | Suit for return of security deposit | | | | |
| **Creditor #: 88** **Robert & Gulia Adams** **c/o Law Offices of Michael Pensacik** **79 W. Monroe Street, Ste. 815** **Chicago, IL 60603** | | - | | | | X | | |
| | | | | | | | | 12,300.00 |
| Account No. **Reference # 440561** | | | | Credit Account | | | | |
| **Creditor #: 89** **Sage Capital Recovery** **1040 Kings Hwy.,** **Cherry Hill, NJ 08034** | X | - | | | | | | |
| | | | | | | | | 17,272.13 |
| Account No. **Reference # 7652718 CMP** | | | | | | | | |
| **Creditors Financial Group, LLC** **PO Box 440290** **Aurora, CO 80044-0290** | | | | Representing: Sage Capital Recovery | | | | Notice Only |
| Account No. 5582508626102351 | | | | | | | | |
| **Nationwide Credit Inc.** **2015 Vaughn Rd.,** **Kennesaw, GA 30144** | | | | Representing: Sage Capital Recovery | | | | Notice Only |

Sheet no. __**36**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **32,297.13**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                    ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **351728753-R9** <br><br>**RMC**<br>**240 Emery Street**<br>**PO Box 20410**<br>**Lehigh Valley, PA 18002** | | | **Representing:**<br>**Sage Capital Recovery** | | | | **Notice Only** |
| Account No. **GNE030 0000862521**<br><br>**Creditor #: 90**<br>**Sequoia Financial Services**<br>**500 N. Brand Blvd., Ste. 1200**<br>**Glendale, CA 91203-3950** | | - | **Claim against Elias Group, Inc.; included for puroses of discharge of any pesonal liability.** | | X | | **4,387.00** |
| Account No. **1610014961100001//08-L-1030**<br><br>**Creditor #: 91**<br>**State Bank Of The Lake**<br>**440 Lake St**<br>**Antioch, IL 60002** | X | - | **Opened  8/01/06**<br>**Repossessed 2006 Crownline 250CR boat; reposed March 2009** | | X | | **29,786.00** |
| Account No.<br><br>**Jennifer L. Johnson, Esq.**<br>**Hinsaw & Culbertson, LLP**<br>**500 Coventry Lane, Ste. 205**<br>**Crystal Lake, IL 60014** | | | **Representing:**<br>**State Bank Of The Lake** | | | | **Notice Only** |
| Account No. **SNS02739-01**<br><br>**Creditor #: 92**<br>**State National Insurance**<br>**c/o RCA Ins. Group**<br>**1333 Braod Street**<br>**Clifton, NJ 07013** | | - | **November 5, 2008**<br>**Possable liaiblity on behalf of Elias Group, Inc.; Maria Gonzalez caused property damage while driving a vehicle owned by Elias Group, Inc.; subrogation claim.** | | X | | **5,000.00** |

Sheet no. __**37**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39,173.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov** _____ ,   Case No. _____

                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Toll House Tavern** <br>**6 Hillside Road** <br>**Claymont, DE 19703** | | | | **Representing:** <br>**State National Insurance** | | | | **Notice Only** |
| Account No. **2224** <br>**Creditor #: 93** <br>**Stone Tek, LLC** <br>**323 W. Interstate Road** <br>**Addison, IL 60101** | X | - | | 05/22/2008 <br>**Contract work on 3516 N. Ashland, Chicago, Illinois** | | X | | 2,295.00 |
| Account No. <br><br>**Creditor #: 94** <br>**TCH, LLC - Flying J** <br>**c/o Teller Levit & Silvertrust, PC** <br>**11 E. Adams St., Ste. 800** <br>**Chicago, IL 60603** | | - | | **Claim for personal guarantee of Allias Group Transporation; fuel card; maybe personally guaranteed by debtor.** | | X | | 2,665.00 |
| Account No. **303087** <br><br>**Rauch-Milliken International, Inc.** <br>**PO Box 8390** <br>**Metairie, LA 70011-8390** | | | | **Representing:** <br>**TCH, LLC - Flying J** | | | | **Notice Only** |
| Account No. **11566** <br>**Creditor #: 95** <br>**Tennessee Commerce Bank** <br>**381 Mallory Station Rd.** <br>**Ste. 207** <br>**Franklin, TN 37067** | X | - | | Sept. 2007 <br>**Loan for semi truck for $52,000 in name of Elis Group, Inc; personally guranteed by debtor. Truck involved in "total" collission aprox. Nov. 2007.  Insurance paid creditor directly; amount reflects deficiency owed to creditor.** | | X | | 4,056.00 |

Sheet no. __38__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **9,016.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Real-Time Resolutions** <br>**1750 Regal Row** <br>**Dallas, TX 75235** | | | **Representing:** <br>**Tennessee Commerce Bank** | | | | **Notice Only** |
| Account No. **11278** <br>**Creditor #: 96** <br>**Tennessee Commerce Bank** <br>**381 Mallory Station Rd.** <br>**Ste. 207** <br>**Franklin, TN 37067** | X | - | **Sept. 2007** <br>**2004 Volvo truck with aprox. 600,000 miles in name of Elias Group, Inc.; repoed aprox. 2009** | | X | | **45,126.00** |
| Account No. <br><br>**Real-Time Resolutions** <br>**1750 Regal Row** <br>**Dallas, TX 75235** | | | **Representing:** <br>**Tennessee Commerce Bank** | | | | **Notice Only** |
| Account No. **6035320167325214** <br>**Creditor #: 97** <br>**Thd/Cbsd** <br>**Po Box 6497** <br>**Sioux Falls, SD 57117** | | - | **Opened 1/01/05** <br>**Credit account.** | | X | | **19,564.00** |
| Account No. **09-M1-500428** <br>**Creditor #: 98** <br>**The Huntington National Bank** <br>**c/o Weltman, Weinberg & Reis Co., L** <br>**180 N. LaSalle Street, Ste. 2400** <br>**Chicago, IL 60601** | X | - | **Suit filed May 2009** <br>**2004 Volvo; repossessed July 2009; aprox. value $40,000 (leased in name of Elias Group, Inc.); debtor personally guaranteed debt; amount disputed.** | | X | X | **279,876.00** |

Sheet no. __**39**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**344,566.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elissaveta A. Tchavdarov**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Delta Management Group, Inc.**<br>**2499 Rice Street, Ste. 245**<br>**Saint Paul, MN 55113** | | | Representing:<br>**The Huntington National Bank** | | | | **Notice Only** |
| Account No. **1104074**<br>**Creditor #: 99**<br>**The Page Group, INc.**<br>**c/o Law Offices of Todd F. Haines**<br>**30495 Canwood Street, Ste. 100**<br>**Agoura Hills, CA 91301** | - | | **Law suit for negligence against Elias Group, Inc.; debtor not named as a defendant. Included for purposes of any unforseen personal liability; disputed.** | | X | | **13,584.00** |
| Account No. **SUB J 54885 MJM**<br><br>**The Page Group, Inc.**<br>**c/o Javitch, Block & Rathbone**<br>**1100 Superior Ave., 19th Floor**<br>**Cleveland, OH 44114-2531** | | | Representing:<br>**The Page Group, INc.** | | | | **Notice Only** |
| Account No.<br><br>**The Page Group, Inc.**<br>**c/o Fleet Response**<br>**6450 Rockside Woods Blvd. S., #250**<br>**Independence, OH 44131-2237** | | | Representing:<br>**The Page Group, INc.** | | | | **Notice Only** |
| Account No. **8177144**<br>**Creditor #: 100**<br>**Thyssenkrupp Elevator Corporation**<br>**2305 Enterprise Drive**<br>**Westchester, IL 60154** | X | - | **June/July 2008**<br>**Contractor work for 3516 N. Ashland, Chicago, Illinois** | | | | **138,453.00** |

Sheet no. __40__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **152,037.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elissaveta A. Tchavdarov**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 101** **United Portfolio Management, Inc.** **c/o Kenneth G. Schivone, Esq.** **1942 Lexington Ave. North, Ste. 1** **Saint Paul, MN 55113** | - | | **Collections for NMHG Financial Service; truck or trailer repo; business/commerical debt.** | | X | | 39,101.00 |
| Account No. **088557872600001** **Creditor #: 102** **Verizon Wireless** **26935 Northwestern Highway, #100** **CFS** **Southfield, MI 48033** | - | | **05/16/09** **Utility account.** | | X | | 656.00 |
| Account No. **Verizon Wireless** **P.O. Box 25505** **Lehigh Valley, PA 18002** | | | **Representing:** **Verizon Wireless** | | | | Notice Only |
| Account No. **Creditor #: 103** **Village of Justice** **c/o ONREM101** **PO Box 1022** **Wixom, MI 48393-1022** | - | | **7078465, 7078468, 7079253, 7079316, 7079317** **Parking tickets for Allian Group Transporation; included for purposes of notice and discharge of personal liability, if any:** | | X | | 1,200.00 |
| Account No. **Receivables Management, Inc.** **PO Box 666** **Lansing, IL 60438** | | | **Representing:** **Village of Justice** | | | | Notice Only |

Sheet no. __41__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           40,957.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                            ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **02-029** **Creditor #: 104** **Village of Stickney** **Stickney Village Hall** **6533 W. Pershing Road** **Stickney, IL 60804** | | - | | **22 December 2008** **Business code vilations** | | X | | **500.00** |
| Account No. **4019811435055323** **Creditor #: 105** **Visdsnb** **9111 Duke Blvd** **Mason, OH 45040** | | - | | **Opened 12/01/07** **Credit account.** | | X | | **16,003.00** |
| Account No. **7575345 // 09-L-009233** **Creditor #: 106** **Volvo Financial Services** **PO Box 7247-6667** **Philadelphia, PA 19170-6667** | X | - | | **April 2008** **1. 2000 Wabash National Trailer (aprox. value $5,000)** **2. 2001 Wabash National Trailer (aprox. value $6,000)** **Both repoed aprox. end of 2009.** **Both in name of Allias Group Transportation, Inc.** | | X | | **31,720.00** |
| Account No. **Gordon & Rees, LLP** **One North Franklin, Ste. 800** **Chicago, IL 60606** | | | | **Representing:** **Volvo Financial Services** | | | | **Notice Only** |
| Account No. **7575345** **Creditor #: 107** **Volvo Financial Services** **PO Box 7247-6667** **Philadelphia, PA 19170-6667** | X | - | | **April 2008** **2000 Wabash National Trailer in name of Allias Group Transportation; repossessed aprox. Feb. 2009; loan personally guaranteed by debtor.** | | X | | **Unknown** |

Sheet no. __42__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **48,223.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elissaveta A. Tchavdarov**                                                    , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Volvo Financial Services** <br> **7025 Albert Pick Road, Ste. 105** <br> **PO Box 26131** <br> **Greensboro, NC 27402-6131** | | | Representing: <br> **Volvo Financial Services** | | | | **Notice Only** |
| Account No. <br><br> **Volvo Financial Services** <br> **PO Box 7247-60236** <br> **Philadelphia, PA 19170-0236** | | | Representing: <br> **Volvo Financial Services** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 108** <br> **Wally's Marine Services** <br> **PO Box 868** <br> **Antioch, IL 60002** | - | | **10/29/2008** <br> **Services** | | X | | **1,836.00** |
| Account No. 07-L-0000974 <br><br> **Creditor #: 109** <br> **World Properties, LLC** <br> **c/o Michael J. Simkunas** <br> **1111 South Blvd.** <br> **Oak Park, IL 60302** | - | | **Suit filed Jan. 26, 2007** <br> **Breach of Contract action for unpaid real estate commissions; suit dismissed Aug. 28, 2008; included for purposes of notice, closure and any remaining liability.** | | X | | **0.00** |
| Account No. | | | | | | | |

Sheet no. __43__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **1,836.00** |
| Total (Report on Summary of Schedules) | | **7,827,360.53** |

B6G (Official Form 6G) (12/07)

In re  **Elissaveta A. Tchavdarov**                                              ,      Case No. _____
                                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re **Elissaveta A. Tchavdarov**                                                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3516 N. Ashland Builders, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **3516 N. Ashland Condo Assoc.**<br>**c/o Kovitz Shifrin Nesbit**<br>**750 West Lake Cook, Ste. 350**<br>**Buffalo Grove, IL 60089** |
| **3516 N. Ashland Builders, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Thyssenkrupp Elevator Corporation**<br>**2305 Enterprise Drive**<br>**Westchester, IL 60154** |
| **3516 N. Ashland Builders, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Stone Tek, LLC**<br>**323 W. Interstate Road**<br>**Addison, IL 60101** |
| **3516 N. Ashland Builders, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **ABC Remodelers Supply Company**<br>**5935 W. Grand Ave.**<br>**Chicago, IL 60639** |
| **3516 N. Ashland Builders, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **McClaffery Construction**<br>**1250 N. Greenview, Apt. G**<br>**Chicago, IL 60622** |
| **3516 N. Ashland Builders, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Don Mar Service Corporation**<br>**500 West Palatine road, Ste. 105**<br>**Wheeling, IL 60090** |
| **3516 N. Ashland Builders, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Peoples Gas**<br>**Chicago, IL 60687** |
| **3516 N. Ashland Builders, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **People's Gas**<br>**Harris & Harris, Ltd.**<br>**222 Merchandise Mart Plz, Ste. 1900**<br>**Chicago, IL 60654** |
| **Allias  Group**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Afni, INC**<br>**1310 Martin Luther King Drive**<br>**PO Box 3517**<br>**Bloomington, IL 61702-3517** |
| **Allias  Group**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **NES of Ohio**<br>**29125 Solon Road**<br>**Solon, OH 44139-3442** |
| **Allias  Group**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Capital Management Services, Inc.**<br>**726 Exchange Street, Ste. 700**<br>**Buffalo, NY 14210** |

**3**
_____ continuation sheets attached to Schedule of Codebtors

In re   **Elissaveta A. Tchavdarov**                                        ,   Case No. _____

                                      Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Allias Group**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Pentagroup Financial LLC**<br>**Po Box 742209**<br>**Houston, TX 77274-2209** |
| **Allias Group**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Sage Capital Recovery**<br>**1040 Kings Hwy.,**<br>**Cherry Hill, NJ 08034** |
| **Allias Group Transportation, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **GE Capital Corp.**<br>**300 E. Carpenter Free Way, Unit 200**<br>**Irving, TX 75062** |
| **Allias Group Transportation, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Volvo Financial Services**<br>**PO Box 7247-6667**<br>**Philadelphia, PA 19170-6667** |
| **Elais Group, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **ABC Remodelers Supply Company**<br>**5935 W. Grand Ave.**<br>**Chicago, IL 60639** |
| **Elais Group, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Conex**<br>**1250 N. Greenview**<br>**Chicago, IL 60622** |
| **Elais Group, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Don Mar Service Corporation**<br>**500 West Palatine road, Ste. 105**<br>**Wheeling, IL 60090** |
| **Elais Group, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Glass Dimensions**<br>**1942 N. 15th Ave.**<br>**Melrose Park, IL 60160** |
| **Elais Group, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **RJR Insulation Co., Inc.**<br>**36817 Buck Ct.**<br>**Lake Villa, IL 60046** |
| **Elais Group, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Illinois Disposal Company**<br>**12100 S. Marshfield Ave.**<br>**Calumet Park, IL 60827** |
| **Elais Group, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Volvo Financial Services**<br>**PO Box 7247-6667**<br>**Philadelphia, PA 19170-6667** |
| **Elias Group, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **MB Financial Bank**<br>**6111 North River Road**<br>**Des Plaines, IL 60018** |
| **Elias Group, Inc.**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **McClaffery Construction**<br>**1250 N. Greenview, Apt. G**<br>**Chicago, IL 60622** |

Sheet   __1__   of   __3__   continuation sheets attached to the Schedule of Codebtors

In re    **Elissaveta A. Tchavdarov**_____,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Mericap Credit Corporation**<br>**1415 West 22nd Street**<br>**Suite 550E**<br>**Oak Brook, IL 60523** |
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Volvo Financial Services**<br>**PO Box 7247-6667**<br>**Philadelphia, PA 19170-6667** |
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Volvo Financial Services**<br>**PO Box 7247-6667**<br>**Philadelphia, PA 19170-6667** |
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Alonso Munoz**<br>**1835 N. Karlov Ave.**<br>**Chicago, IL 60639** |
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **PAETEC (LM)**<br>**3 Golf Road, Ste. 352**<br>**Hoffman Estates, IL 60169** |
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Tennessee Commerce Bank**<br>**381 Mallory Station Rd.**<br>**Ste. 207**<br>**Franklin, TN 37067** |
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Tennessee Commerce Bank**<br>**381 Mallory Station Rd.**<br>**Ste. 207**<br>**Franklin, TN 37067** |
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **BB&T Equipment Finance**<br>**PO Box 580155**<br>**Charlotte, NC 28258-0155** |
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **Mack Financial Services**<br>**2100 Mack Blvd.**<br>**Allentown, PA 18103** |
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **MeriCap Credit Corporation**<br>**3333 Warenville Rd.**<br>**Ste. 325**<br>**Lisle, IL 60532** |
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **The Huntington National Bank**<br>**c/o Weltman, Weinberg & Reis Co., L**<br>**180 N. LaSalle Street, Ste. 2400**<br>**Chicago, IL 60601** |
| **Elissaveta A. Tchavdarov**<br>**220 Astor Place**<br>**Northbrook, IL 60062** | **NMHG Financial Services**<br>**PO Box 643749**<br>**Pittsburgh, PA 15264-3749** |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Codebtors

In re    **Elissaveta A. Tchavdarov**                                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Radim Hojdr**<br>**939 Fernandez Ave.**<br>**Arlington Heights, IL 60004** | **Inbank f/k/a Interstate Bank**<br>**15533 South Cicero Ave.**<br>**Oak Forest, IL 60452** |
| **Radim Hojdr**<br>**939 Fernandez Ave.**<br>**Arlington Heights, IL 60004** | **Inbank f/k/a Interstate Bank**<br>**15533 South Cicero Ave.**<br>**Oak Forest, IL 60452** |
| **Radim Hojdr**<br>**939 Fernandez Ave.**<br>**Arlington Heights, IL 60004** | **Inbank f/k/a Interstate Bank**<br>**15533 South Cicero Ave.**<br>**Oak Forest, IL 60452** |
| **Radim Hojdr**<br>**939 Fernandez Ave.**<br>**Arlington Heights, IL 60004** | **Inbank f/k/a Interstate Bank**<br>**15533 South Cicero Ave.**<br>**Oak Forest, IL 60452** |
| **Radim Hojdr**<br>**939 Fernandez Ave.**<br>**Arlington Heights, IL 60004** | **Inbank f/k/a Interstate Bank**<br>**15533 South Cicero Ave.**<br>**Oak Forest, IL 60452** |
| **Radim Hojdr**<br>**939 Fernandez Ave.**<br>**Arlington Heights, IL 60004** | **Inbank f/k/a Interstate Bank**<br>**15533 South Cicero Ave.**<br>**Oak Forest, IL 60452** |
| **Radim Hojdr**<br>**939 Fernandez Ave.**<br>**Arlington Heights, IL 60004** | **Inbank f/k/a Interstate Bank**<br>**15533 South Cicero Ave.**<br>**Oak Forest, IL 60452** |
| **Radim Hojdr**<br>**939 Fernandez Ave.**<br>**Arlington Heights, IL 60004** | **Inbank f/k/a Interstate Bank**<br>**15533 South Cicero Ave.**<br>**Oak Forest, IL 60452** |
| **Radim Hojdr**<br>**939 Fernandez Ave.**<br>**Arlington Heights, IL 60004** | **State Bank Of The Lake**<br>**440 Lake St**<br>**Antioch, IL 60002** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Elissaveta A. Tchavdarov**                                                     Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Widowed** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter** | AGE(S):<br>**22**<br>**8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Worker/dispatcher** | |
| Name of Employer | **Self-employed dispatcher (1099 employee)** | |
| How long employed | **Nov. 2009 to present** | |
| Address of Employer | **220 Astor Place**<br>**Northbrook, IL 60062** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 1,150.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,150.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,150.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 1,150.00 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor's income is derived from her 2011 Schedule C.**

B6J (Official Form 6J) (12/07)

In re   **Elissaveta A. Tchavdarov**                                    Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,000.00 |
|   a. Are real estate taxes included?  Yes ___   No **X** | | |
|   b. Is property insurance included?  Yes ___   No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 100.00 |
|           b. Water and sewer | $ | 20.00 |
|           c. Telephone | $ | 40.00 |
|           d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|         a. Homeowner's or renter's | $ | 0.00 |
|         b. Life | $ | 300.00 |
|         c. Health | $ | 0.00 |
|         d. Auto | $ | 160.00 |
|         e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|         a. Auto | $ | 0.00 |
|         b. Other _____ | $ | 0.00 |
|         c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
|     Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,400.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    **Rent and utilities are anticipated and projected as current real estate is to be surrendered.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,150.00 |
| b.   Average monthly expenses from Line 18 above | $ | 2,400.00 |
| c.   Monthly net income (a. minus b.) | $ | -1,250.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Elissaveta A. Tchavdarov**

Debtor(s)

Case No. 

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**64**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 16, 2012**

Signature  **/s/ Elissaveta A. Tchavdarov**

**Elissaveta A. Tchavdarov**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Elissaveta A. Tchavdarov**                           Case No.

                                         Debtor(s)          Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$13,726.00** | **2010:** |
| | **Gross & net income from Schedule C** |
| **$13,817.00** | **2011:** |
| | **Gross & net income from Schedule C** |
| **$13,800.00** | **2012:** |
| | **Gross & net income (projected until end of year, based on 2011 Schedule C)** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,497.00** | **2010:** |
| | **Federal income tax return** |
| **$39.00** | **2010:** |
| | **State income tax return** |
| **$4,415.00** | **2011:** |
| | **Federal income tax return** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JP Morgan Chase Bank, N.A. v. Elissaveta Tchavdarov, et al. No. 09-CH-06278** | **Forclorure on 220 Astor Pl., Northbrook, Illinois** | **Cook County, Illinois** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Countrywide Home Loans v. Elissaveta Tchavdarov, et. al. No. 09-CH-05347** | **Forclosure on 3039 N. Sheffield, Unit 1, Chicago, Illinois** | **Cook County, Illinois** | **Report of Sale & Distribution on 14 Sept. 2012** |
| **State Bank of the Lakes v. Ellisaveta Tchavdarov No. 08-L-1030** | **Breach of Contract/Replvin** | **Lake County, Illinois** | **Judgment for Plaintiff entered Feb. 13, 2009.** |
| **Alonso Munoz v. Allias Group Transportation, Inc. No. 09-M1-104679** | **Employment compensation for indep. contractor in name of Allias Group Transportation, Inc.** | **Cook County, Illinois** | **Judgment entered against Allias Group Transportation, Inc.** |
| **The Huntington National Bank v. Elias Group, Inc. & Elissaveta Tchavdorov No. 09-M1-500428** | **Detinue/Breach of Contract** | **Cook County, Illinois** | **Order ented 23 June 2009 in favor of plaintiff.** |
| **American Express Centurion Bank v. Elissaveta Djorova 09-M2-825** | **Breach of Contract/Collections** | **Cook County, Illinois** | **Pending.** |
| **World Properties, LLC v. Elissaveta Tchavdarov No. 07-L-974** | **Breach of Contract** | **Cook County, Illinois** | **Dismissed on Aug. 28, 2009** |
| **Short Term Chicago/Chris Wawak v. Elissaveta Tchavdarov No. 09-M1-112756** | **Breach of Contract** | **Cook County, Illinois** | **Pending; suit filed Feb. 11, 2009.** |
| **Village of Stickney v. Ellie Tchavdarou No. 02-029** | **Village code violation; no business license** | **Administrative hearing Stickney, Illinois** | **Judgment entered aprox. 22 Dec. 2008** |
| **BAC Home Loans Servicing v. Tchavdarov, et al. No. 09-CH-27832** | **Forclosure on 3039 Sheffield, Unit 3, Chicago, Illinois** | **Cook County, Illinois** | **Report of Sale & Distribution on 7/31/2012** |
| **Adams v. Tchavdorov, et al. No. 12-M1-122333** | **Suit for return of security deposit** | **Cook County, Illinois** | **Pending** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5.   Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Infinity Financial Services PO Box 9001133 Louisville, KY 40290-1133** | **May 2012.** | **2008 Infinity G37 with aprox. 10,000 miles in name of Elias Group, Inc. (leased); Vol Repo aprox. May 2012** |

**6.   Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.   Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.   Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.   Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

5

---

**10. Other transfers**

None ■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11. Closed financial accounts**

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12. Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15. Prior address of debtor**

None ■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

6

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **3516 N. Ashland Builders, Inc.** | **20-8798588** | **220 Astor Place Northbrook, IL 60062** | **Real estate holding & development** | **April 6, 2007 to present** |
| **Allias Group Transportation, Inc.** | **26-1146783** | **220 Astor Place Northbrook, IL 60062** | **Trucking** | **July18, 2007 to present** |
| **Elias Group, Inc.** | **36-4499513** | **220 Astor Place Northbrook, IL 60062** | **Real estate construction & trucking** | **June 11, 2002 to present** |
| **3039 N. Sheffield Builders, Inc.** | **20-4833181** | **220 Astor Place Northbrook, IL 60062** | **Real estate construction** | **May 9, 2006 to present** |
| **2814 N. Paulina Builders, Inc.** | **86-1133381** | **220 Astor Place Northbrook, IL 60062** | **Real Estate Construction** | **March 15, 2005 to present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                            ADDRESS

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

      *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                            DATES SERVICES RENDERED

**Debtor**
**220 Astor Place**
**Northbrook, IL 60062**                                    **2007 and 2008 income tax returns.**

**Vichev & Margy Services, Ltd.**
**3826 N. Emerson Drive**
**Schiller Park, IL 60176**                                   **2007 and 2008 Income Tax Returns.**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                           ADDRESS                           DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                           ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                         DATE ISSUED

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                   TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 16, 2012**                    Signature    **/s/ Elissaveta A. Tchavdarov**

                                                            **Elissaveta A. Tchavdarov**
                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Elissaveta A. Tchavdarov**                         Case No.

                                                              Debtor(s)                    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**3516 N. Ashland Condo Assoc.** | **Describe Property Securing Debt:**<br>**Investment/7-Unit Mixed Use Commerical Bld.**<br>**3516-20 N. Ashland**<br>**Chicago, Illinois 60657**<br>**(In name of Chicago Title Land Trust Company, Trust Number 8002352006.; Purchased May 2007 for $1,262,000)** |
|---|---|

Property will be (check one):
- ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt           ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**ABC Remodeling Supply** | **Describe Property Securing Debt:**<br>**Investment/7-Unit Mixed Use Commerical Bld.**<br>**3516-20 N. Ashland**<br>**Chicago, Illinois 60657**<br>**(In name of Chicago Title Land Trust Company, Trust Number 8002352006.; Purchased May 2007 for $1,262,000)** |
|---|---|

Property will be (check one):
- ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt           ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**AP Plumbing, Inc.** | **Describe Property Securing Debt:**<br>**Investment/7-Unit Mixed Use Commerical Bld.**<br>**3516-20 N. Ashland**<br>**Chicago, Illinois 60657**<br>**(In name of Chicago Title Land Trust Company, Trust**<br>**Number 8002352006.; Purchased May 2007 for $1,262,000)** |

**Property will be (check one):**
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Inbank f/k/a Interstate Bank** | **Describe Property Securing Debt:**<br>**Residence/Single Family House:**<br>**220 Astor Place**<br>**Northbrook, Illinois 60062**<br>**(Appraised for $1,175,000 Feb. 22, 2009; debtor's atty has**<br>**appraisal in hand.  In name of Chicago Title Land Trust**<br>**Company; Trust Number: 8002352005)** |

**Property will be (check one):**
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Inbank f/k/a Interstate Bank** | **Describe Property Securing Debt:**<br>**Residence/Single Family House:**<br>**220 Astor Place**<br>**Northbrook, Illinois 60062**<br>**(Appraised for $1,175,000 Feb. 22, 2009; debtor's atty has appraisal in hand.  In name of Chicago Title Land Trust Company; Trust Number: 8002352005)** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Inbank f/k/a Interstate Bank** | **Describe Property Securing Debt:**<br>**Investment/7-Unit Mixed Use Commerical Bld.**<br>**3516-20 N. Ashland**<br>**Chicago, Illinois 60657**<br>**(In name of Chicago Title Land Trust Company, Trust Number 8002352006.; Purchased May 2007 for $1,262,000)** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 4

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Inbank f/k/a Interstate Bank** | **Describe Property Securing Debt:**<br>**Investment/7-Unit Mixed Use Commerical Bld.**<br>**3516-20 N. Ashland**<br>**Chicago, Illinois 60657**<br>**(In name of Chicago Title Land Trust Company, Trust**<br>**Number 8002352006.; Purchased May 2007 for $1,262,000)** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**JP Morgan Chase** | **Describe Property Securing Debt:**<br>**Residence/Single Family House:**<br>**220 Astor Place**<br>**Northbrook, Illinois 60062**<br>**(Appraised for $1,175,000 Feb. 22, 2009; debtor's atty has**<br>**appraisal in hand.  In name of Chicago Title Land Trust**<br>**Company; Trust Number: 8002352005)** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                               Page 5

| Property No. 9 | |
| --- | --- |
| **Creditor's Name:**<br>**PKT Construction, Inc.** | **Describe Property Securing Debt:**<br>**Investment/7-Unit Mixed Use Commerical Bld.**<br>**3516-20 N. Ashland**<br>**Chicago, Illinois 60657**<br>**(In name of Chicago Title Land Trust Company, Trust**<br>**Number 8002352006.; Purchased May 2007 for $1,262,000)** |

Property will be (check one):
   ■ Surrendered             □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 10 | |
| --- | --- |
| **Creditor's Name:**<br>**SK Instalation Remodeling** | **Describe Property Securing Debt:**<br>**Residence/Single Family House:**<br>**220 Astor Place**<br>**Northbrook, Illinois 60062**<br>**(Appraised for $1,175,000 Feb. 22, 2009; debtor's atty has**<br>**appraisal in hand.  In name of Chicago Title Land Trust**<br>**Company; Trust Number: 8002352005)** |

Property will be (check one):
   ■ Surrendered             □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt           □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 6

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Voymar Carpentry, Inc.** | **Describe Property Securing Debt:**<br>**Investment/7-Unit Mixed Use Commerical Bld.**<br>**3516-20 N. Ashland**<br>**Chicago, Illinois 60657**<br>**(In name of Chicago Title Land Trust Company, Trust**<br>**Number 8002352006.; Purchased May 2007 for $1,262,000)** |

Property will be (check one):
- ■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **November 16, 2012** _____        Signature  **/s/ Elissaveta A. Tchavdarov** _____
                                                                 **Elissaveta A. Tchavdarov**
                                                                 Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Elissaveta A. Tchavdarov**                 Case No. _____

                                Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................... $      **2,201.00**

   Prior to the filing of this statement I have received .......................... $      **2,201.00**

   Balance Due ................................................................................................ $      **0.00**

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November 16, 2012**              **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
                                          **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
                                          **Kaplan Law Offices, P.C.**
                                          **950 Skokie Boulevard**
                                          **Suite #310**
                                          **Northbrook, IL 60062**
                                          **(847) 509-9800  Fax: (847) 509-9801**
                                          **alex@alexkaplanlegal.com**

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Elissaveta A. Tchavdarov**
_____
Debtor(s)

Case No. _____

Chapter  **7**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Elissaveta A. Tchavdarov**
_____
Printed Name(s) of Debtor(s)

X  **/s/ Elissaveta A. Tchavdarov**          **November 16, 2012**
_____
Signature of Debtor                               Date

Case No. (if known)  _____

X  _____
Signature of Joint Debtor (if any)               Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Elissaveta A. Tchavdarov**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **288**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 16, 2012**

**/s/ Elissaveta A. Tchavdarov**

**Elissaveta A. Tchavdarov**
Signature of Debtor

```
3039 N. Shefield Condo Assoc.
3039 N. Sheffield Ave.
Chicago, IL 60657


3039 N. Shefield Condo Assoc.
3039 N. Sheffield Ave.
Chicago, IL 60657


3039 N. Shefield Condo Assoc.
3039 N. Sheffield Ave.
Chicago, IL 60657


3516 N. Ashland Builders, Inc.
220 Astor Place
Northbrook, IL 60062


3516 N. Ashland Builders, Inc.
220 Astor Place
Northbrook, IL 60062


3516 N. Ashland Builders, Inc.
220 Astor Place
Northbrook, IL 60062


3516 N. Ashland Builders, Inc.
220 Astor Place
Northbrook, IL 60062


3516 N. Ashland Builders, Inc.
220 Astor Place
Northbrook, IL 60062


3516 N. Ashland Builders, Inc.
220 Astor Place
Northbrook, IL 60062


3516 N. Ashland Builders, Inc.
220 Astor Place
Northbrook, IL 60062


3516 N. Ashland Builders, Inc.
220 Astor Place
Northbrook, IL 60062
```

3516 N. Ashland Condo Assoc.
c/o Kovitz Shifrin Nesbit
750 West Lake Cook, Ste. 350
Buffalo Grove, IL 60089


3516 N. Ashland Condo Assoc.
c/o Kovitz Shifrin Nesbit
750 West Lake Cook, Ste. 350
Buffalo Grove, IL 60089


ABC Remodelers Supply Company
5935 W. Grand Ave.
Chicago, IL 60639


ABC Remodeling Supply
5935 W. Grand
Chicago, IL 60639


ABT TV
P.O. Box 960061
Orlando, FL 32896


Advanced Call Center Technologies,
PO Box 15137
Wilmington, DE 19850-5137


Aegis Receivables Management Inc.
f/k/a Global Vantedge Inc.
P.O. Box 404
Fort Mill, SC 29716


Afni, INC
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702-3517


Alexander Jr. Building Services, In
643 N. Kedzie
Chicago, IL 60612


Alexander Jr. Building Services, In
643 N. Kedzie
Chicago, IL 60612

Alexander Jr. Building Services, In
643 N. Kedzie
Chicago, IL 60612

Alliance One Receivables Management
PO Box 2449
Gig Harbor, WA 98335-2449

Allias  Group
220 Astor Place
Northbrook, IL 60062

Allias  Group
220 Astor Place
Northbrook, IL 60062

Allias  Group
220 Astor Place
Northbrook, IL 60062

Allias Group
220 Astor Place
Northbrook, IL 60062

Allias Group
220 Astor Place
Northbrook, IL 60062

Allias Group Transportation, Inc.
220 Astor Place
Northbrook, IL 60062

Allias Group Transportation, Inc.
220 Astor Place
Northbrook, IL 60062

Allied International Credit Corp
100 East Shore Drive, 3rd Floor
Glen Allen, VA 23059

Allied Interstate
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231

Alonso Munoz
1835 N. Karlov Ave.
Chicago, IL 60639


American Coradius International, LL
354 Rust Lane
Boerne, TX 78006-8202


American Express
PO Box 297871
Fort Lauderdale, FL 33329


American Express
Box 0001
Los Angeles, CA 90096


American Express
Customer Service
P.O. Box 981535
El Paso, TX 79998


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Amex
Po Box 297871
Fort Lauderdale, FL 33329


AP Plumbing, Inc.
c/o Bradely Daniel Birge, Esq.
6150 N. Milwaukee Ave.
Chicago, IL 60646


AP Plumbing, Inc.
228 Donald Terrace
Glenview, IL 60025


ARM
PO Box 129
Thorofare, NJ 08086-0129


ARS National Services, Inc.
Po Box 469046
Escondido, CA 92046-9046

Asset Acceptance, LLC
c/o Sanjay S. Julta, Esq.
55 E. Jackson, 16th Floor
Chicago, IL 60604


Asset Acceptance, LLC
PO Box 2039
Warren, MI 48090-2039


Asset Recovery Solution
P.O. Box 1022
Wixom, MI 48393-1022


Asset Recovery Solution
P.O. Box 1022
Wixom, MI 48393-1022


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046


Bac Home Lns Lp/Ctrywd
450 American St
Simi Valley, CA 93065


Bac Home Lns Lp/Ctrywd
450 American St
Simi Valley, CA 93065

Baker, Sanders, Barshay, Grossman
100 Garden City Plaza, Suite 500
Garden City, NY 11530

Bank Of America
Pob 17054
Wilmington, DE 19884

Bank of America
PO Box 15019
Wilmington, DE 19886

Bank of America
PO Box 15026
Wilmington, DE 19850

Bank of America
c/o Pierce & Assoc.
1 N. Dearborn, Unit 1300
Chicago, IL 60602

BB&T
5130 PARKWAY PLAZA BLVD
PO BOX 31273
Charlotte, NC 28231

BB&T Equipment Finance
PO Box 580155
Charlotte, NC 28258-0155

Belongia Shapiro Hynes, LLC
53 W. Jackson Blvd.
Chicago, IL 60604

Belongia, Shapiro Hynes, LLC
53 W. Jackson Blvd.
Chicago, IL 60604

BJC Cabinetry & Woodwork
1300 W. Armitage
Unit 84
Melrose Park, IL 60160

Bradley Daniel Birge, Esq.
6150 N. Milwaukee Ave.
Chicago, IL 60646


Bradley Daniel Birge, Esq.
6150 N. Milwaukee Ave.
Chicago, IL 60646


Capital Management Services, Inc.
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, Inc.
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, Inc.
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase
OH1-1188
340 S. Cleveland Ave. Bldg. 370
Westerville, OH 43081


Chase
Cardmember Service
P.O. Box 15548
Wilmington, DE 19886


Chase
National Payment Services
P.O. Box 182223 Dept. OH1-1272
Columbus, OH 43218

Chase
c/o Cardmember Services
PO Box 15153
Wilmington, DE 19886

Chicago Title & Land Trust Comp.
c/o Bonded Collection Corporation
PO Box 122
Wixom, MI 48393-1022

Chicago Title & Land Trust Comp.
c/o Bonded Collection Corporation
PO Box 122
Wixom, MI 48393-1022

Chris Wawak
2853 N. Lincoln, Unit 2
Chicago, IL 60657

Citi
Po Box 6241
Sioux Falls, SD 57117

Citi
Po Box 6241
Sioux Falls, SD 57117

Citi
7920 NW 110th St.
Kansas City, MO 64153

Citi
Customer Service
Box 6000
The Lakes, NV 89163

Citi Cards
Processing Center
PO Box 688901
Des Moines, IA 50363

Citi Cards
P.O. Box 6077
Sioux Falls, SD 57117

CitiBank (South Dakota) NA
PO Box 140310
Toledo, OH 43614


Citibank (South Dakota), N.A.
PO Box 6189
Sioux Falls, SD 57117


Citifinancial
Po Box 499
Hanover, MD 21076


CitiFinancial
P.O. Box 217
Fort Mill, SC 29715


Citifinancial
PO Box 70918
Charlotte, NC 28272


Client Services, Inc.
3451 Harry Truman Blvd
Saint Charles, MO 63301


Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301


Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301


Client Services, Inc. / Citicards
P.O. Box 1503
Saint Peters, MO 63376


ComED
Bill Payment Center
Chicago, IL 60668-0001


ComED
Bill Payment Center
Chicago, IL 60668-0001

ComED
c/o CCI
PO Box 212489
Augusta, GA 30917-2489


Conex
1250 N. Greenview
Chicago, IL 60622


Countywide Home Loans Servicing, LP
c/o Codilis & Assoc., P.C.
15W030 N. Frontage Rd., Ste. 100
Burr Ridge, IL 60527


Creditors Financial Group, LLC
PO Box 440290
Aurora, CO 80044-0290


Delta Management Group, Inc.
2499 Rice Street, Ste. 245
Saint Paul, MN 55113


Deltamnggrp
2499 Rice St
Saint Paul, MN 55113


Discover
P.O. Box 6103
Carol Stream, IL 60197


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Diversified Consultants, inc.
PO Box 551268
Jacksonville, FL 32255-1268


Don Mar Service Corporation
500 West Palatine road, Ste. 105
Wheeling, IL 60090


DRS Bonded Collection Systems
PO Box 498609
Cincinnati, OH 45249-8609

DSNB/VISA


Echelon Recovery, Inc.
PO Box 1880
Voorhees, NJ 08043


Elais Group, Inc.
220 Astor Place
Northbrook, IL 60062


Elais Group, Inc.
220 Astor Place
Northbrook, IL 60062


Elais Group, Inc.
220 Astor Place
Northbrook, IL 60062


Elais Group, Inc.
220 Astor Place
Northbrook, IL 60062


Elais Group, Inc.
220 Astor Place
Northbrook, IL 60062


Elais Group, Inc.
220 Astor Place
Northbrook, IL 60062


Elais Group, Inc.
220 Astor Place
Northbrook, IL 60062


Elias Group, Inc.
220 Astor Place
Northbrook, IL 60062


Elias Group, Inc.
220 Astor Place
Northbrook, IL 60062

Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062


Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062


Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062


Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062


Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062


Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062


Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062


Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062


Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062


Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062


Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062

Elissaveta A. Tchavdarov
220 Astor Place
Northbrook, IL 60062


Encore Receivable Management, Inc.
400 N. Rogers Rd.
PO Box 3330
Olathe, KS 66063-3333


Encore Receivable Management, Inc.
400 N. Rogers Rd.
PO Box 3330
Olathe, KS 66063-3333


Encore Receivable Management, Inc.
P.O. Box 47248
Oak Park, MI 48237


Enhanced Recovery LLC
8014 Bayberry Road
Jacksonville, FL 32256


FIA Card Services
P.O. Box 15137
Wilmington, DE 19850


Firstsource Advantage, LLC
205 Bryant Woods South


FMA Alliance, Ltd.
11811 N. Freeway
Suite 900
Houston, TX 77060


FMA Alliance, Ltd.
PO Box 2409
Houston, TX 77252-2409


G.E. Money Bank
P.O. Box 981127
El Paso, TX 79998


GE Capital Corp.
300 E. Carpenter Free Way, Unit 200
Irving, TX 75062

Glass Dimensions
1942 N. 15th Ave.
Melrose Park, IL 60160


Gordon & Rees, LLP
One North Franklin, Ste. 800
Chicago, IL 60606


Granite Leaders
c/o Evans, Loewenstein, Shimanovsky
130 S. Jefferson St., Ste. 350
Chicago, IL 60661


Granite Leaders
650 Chase Ave.
Elk Grove Village, IL 60007


Greystone Recovery Group, Corp.
6150 N. Milwaukee Ave.
Chicago, IL 60646


Greystone Recovery Group, Corp.
6150 N. Milwaukee Ave.
Chicago, IL 60646


Greystone Recovery Group, Corp.
6150 N. Milwaukee Ave.
Chicago, IL 60646


Illinois Brick Company
5191 Paysphere Circle
Chicago, IL 60674


Illinois Bricks
Frank LaRocca
9130 Oakwood Drive
Tinley Park, IL 60487


Illinois Disposal Company
12100 S. Marshfield Ave.
Calumet Park, IL 60827

Illinois Secretary of STate
Dept. of Accounting, Room 235
501 S. 2nd St. (Howlett Building)
Springfield, IL 62756


Inbank f/k/a Interstate Bank
15533 South Cicero Ave.
Oak Forest, IL 60452


Inbank f/k/a Interstate Bank
15533 South Cicero Ave.
Oak Forest, IL 60452


Inbank f/k/a Interstate Bank
15533 South Cicero Ave.
Oak Forest, IL 60452


Inbank f/k/a Interstate Bank
15533 South Cicero Ave.
Oak Forest, IL 60452


Inbank f/k/a Interstate Bank
15533 South Cicero Ave.
Oak Forest, IL 60452


Inbank f/k/a Interstate Bank
15533 South Cicero Ave.
Oak Forest, IL 60452


Inbank f/k/a Interstate Bank
15533 South Cicero Ave.
Oak Forest, IL 60452


Inbank f/k/a Interstate Bank
15533 South Cicero Ave.
Oak Forest, IL 60452


Inbank f/k/a Interstate Bank
15533 South Cicero Ave.
Oak Forest, IL 60452


Inbank f/k/a Interstate Bank
15533 South Cicero Ave.
Oak Forest, IL 60452

Infinity Financial Services
PO Box 9001133
Louisville, KY 40290-1133


Infinity Financial Services
PO Box 9001133
Louisville, KY 40290-1133


Integrity Financial Partners, Inc.
PO box 11530
Overland Park, KS 66207-4230


Integrity Financial Partnres, Inc.
4370 W. 109th Street, Ste. 110
Leawood, KS 66211


JDI Realty, LLC
853 N. Elston
Chicago, IL 60642


Jennifer L. Johnson, Esq.
Hinsaw & Culbertson, LLP
500 Coventry Lane, Ste. 205
Crystal Lake, IL 60014


John C. Bonewicz, Esq.
350 N. Orleans Street
Ste. 350
Chicago, IL 60654


JP Morgan Chase
c/o Fisher & Shapiro, LLC
4201 Lake Cook Road, 1st Floor
Northbrook, IL 60062


JWS Laons, LLC
c/o Gomberg & Sharfamn, Ltd.
208 S. LaSalle St.
Chicago, IL 60606


Kansas Dept. of Revenue
Robert B. Docking State Offic. Blvd
Topeka, KS 66612-1585

Law Offices Blatt, Hassenmiller,
Leibsker & Moore LLC
125 S. Wacker Dr., Ste. 400
Chicago, IL 60606


Law Offices of Arnold H. Landis, P.
77 West Washington Street
Ste. 702
Chicago, IL 60602


Law Offices of Mitchell N. Kay
205 West Randolph Street, Suite 920
Chicago, IL 60606


Law Offices of Phillip R. Sauer, LL
3 Gold Road, Ste. 352
Hoffman Estates, IL 60169


Leading Edge Recovery Solutions
5440 N. cumberland Ave., Ste. 300
Chicago, IL 60656


Leading Edge Recovery Solutions
5440 N. cumberland Ave., Ste. 300
Chicago, IL 60656


Louis A. Weinstock
300 West Adams, Ste. 840
Chicago, IL 60606


Louis A. Weinstock, Esq.
20 N. Clark Street, Ste. 2600
Chicago, IL 60602


LTD Financial Serices, L.P.
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Mack Financial Services
2100 Mack Blvd.
Allentown, PA 18103

Mack Financial Services
PO Box 26131
Greensboro, NC 27402-6131


Macy's
P.O. Box 689195
Des Moines, IA 50368


Macy's
111 Boulder Industrial Drive
Bridgeton, MO 63044


Macy's Visa
P.O. Box 8058
Mason, OH 45040


Macy's Visa
9111 Duke Blvd.
Mason, OH 45040


MB Financial Bank
6111 North River Road
Des Plaines, IL 60018


MB Financial Bank
800 West Madison Street
Chicago, IL 60607


MB Financial Bank, N.A.
Commericla Banking-Western Ave.
936 North Western Ave.
Chicago, IL 60622


McClaffery Construction
1250 N. Greenview, Apt. G
Chicago, IL 60622


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Mercedes-Benz Financial
PO Box 9001680
Louisville, KY 40290-1680

Mercedes-Benz Financial Services
PO Box 685
Roanoke, TX 76262


Mericap Credit
PO Box 730547
Dallas, TX 75373


Mericap Credit Corporation
1415 West 22nd Street
Suite 550E
Oak Brook, IL 60523


MeriCap Credit Corporation
3333 Warenville Rd.
Ste. 325
Lisle, IL 60532


MeriCap Credit Corporation
3333 Warenville Rd.
Ste. 325
Lisle, IL 60532


Nationwide Credit Inc.
2015 Vaughn Rd.,
Kennesaw, GA 30144


Nationwide Credit, Inc.
2015 Vaughn Rd. NW, Ste 400
Kennesaw, GA 30144


Nationwide Insurance a/s/o Smith
c/o Guest Walsh & Townsend, Ltd.
120 W. Madison St., Ste. 1100
Chicago, IL 60602


NCO Finaical Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Finaical Systems, Inc.
507 Prudential Road
Horsham, PA 19044

NCO Finaical Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Finaical Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NES of Ohio
29125 Solon Road
Solon, OH 44139-3442


NMHG Financial Services
PO Box 643749
Pittsburgh, PA 15264-3749


Northland Group, Inc.
PO Box 390846
Minneapolis, MN 55439


Northstar Location Services LLC
4285 Genesee St.
Attn: Financial Service Dept.
Cheektowaga, NY 14225-1943


Northstar Location Services LLC
4285 Genesee St.
Attn: Financial Service Dept.
Cheektowaga, NY 14225-1943


OCR
Attn: AS001/1371316
PO Box 544
Saint Joseph, MO 64502


Omni Credit Services of Florida,Inc
P.O. Box 23381
Tampa, FL 33623


PAETEC
PO box 3243
Milwaukee, WI 53201-3243

PAETEC
PO Box 3177
Cedar Rapids, IA 52406-3177


PAETEC (LM)
3 Golf Road, Ste. 352
Hoffman Estates, IL 60169


Peck Bloom, LLC
105 West Adams Street
Chicago, IL 60603


Pentagroup Financial LLC
Po Box 742209
Houston, TX 77274-2209


Pentagroup Financial LLC
Po Box 742209
Houston, TX 77274-2209


People's Gas
Harris & Harris, Ltd.
222 Merchandise Mart Plz, Ste. 1900
Chicago, IL 60654


Peoples Gas
Chicago, IL 60687


Pierce & Associates, PC
1 North Dearnborn Street, Ste. 1300
Chicago, IL 60602


PKT Construction, Inc.
1412 E. Small Lane
Mount Prospect, IL 60056


Power Trucks, Inc.
c/o Law Offices of John Cavicchio
400 Rouser Road, Ste. 202-A
Coraopolis, PA 15108

Power Trucks, Inc.
c/o Law Offices of John Cavicchio
400 Rourser Road, Ste. 202-A
Moon Township, PA 15108


Power Trucks, Inc.
280 E. Forest Knoll
Palatine, IL 60074


Radim Hojdr
939 Fernandez Ave.
Arlington Heights, IL 60004


Radim Hojdr
939 Fernandez Ave.
Arlington Heights, IL 60004


Radim Hojdr
939 Fernandez Ave.
Arlington Heights, IL 60004


Radim Hojdr
939 Fernandez Ave.
Arlington Heights, IL 60004


Radim Hojdr
939 Fernandez Ave.
Arlington Heights, IL 60004


Radim Hojdr
939 Fernandez Ave.
Arlington Heights, IL 60004


Radim Hojdr
939 Fernandez Ave.
Arlington Heights, IL 60004


Radim Hojdr
939 Fernandez Ave.
Arlington Heights, IL 60004


Radim Hojdr
939 Fernandez Ave.
Arlington Heights, IL 60004

Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390


RCA Insurnace Group
1333 Broad Street
Clifton, NJ 07013


Real-Time Resolutions
1750 Regal Row
Dallas, TX 75235


Real-Time Resolutions
1750 Regal Row
Dallas, TX 75235


Receivables Management, Inc.
PO Box 666
Lansing, IL 60438


Redline Recovery
PO Box 1022
Fort Mill, SC 29716


RJR Insulation Co., Inc.
36817 Buck Ct.
Lake Villa, IL 60046


RMC
240 Emery Street
PO Box 20410
Lehigh Valley, PA 18002


Robert & Gulia Adams
c/o Law Offices of Michael Pensacik
79 W. Monroe Street, Ste. 815
Chicago, IL 60603


Ronald Gertzman
205 W. Randolph, Ste. 401
Chicago, IL 60606

RSource
6001 Broken Sount Parkway N.W.
Suite 620
Boca Raton, FL 33487


RSource
6001 Broken Sount Parkway N.W.
Suite 620
Boca Raton, FL 33487


Sage Capital Recovery
1040 Kings Hwy.,
Cherry Hill, NJ 08034


SDVIKI10
P.O. Box 1022
Wixom, MI 48393


Sequoia Financial Services
500 N. Brand Blvd., Ste. 1200
Glendale, CA 91203-3950


SK Instalation Remodeling
c/o Contractor's Lien Services, Inc
6315 N. Milwaukee Ave.
Chicago, IL 60646


State Bank Of The Lake
440 Lake St
Antioch, IL 60002


State National Insurance
c/o RCA Ins. Group
1333 Braod Street
Clifton, NJ 07013


Stone Tek, LLC
323 W. Interstate Road
Addison, IL 60101


TCH, LLC - Flying J
c/o Teller Levit & Silvertrust, PC
11 E. Adams St., Ste. 800
Chicago, IL 60603

Tennessee Commerce Bank
381 Mallory Station Rd.
Ste. 207
Franklin, TN 37067


Tennessee Commerce Bank
381 Mallory Station Rd.
Ste. 207
Franklin, TN 37067


Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117


The Burlington Insurance Company
238 International Road
Burlington, NC 27215


The Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368


The Huntington National Bank
c/o Weltman, Weinberg & Reis Co., L
180 N. LaSalle Street, Ste. 2400
Chicago, IL 60601


The Page Group, INc.
c/o Law Offices of Todd F. Haines
30495 Canwood Street, Ste. 100
Agoura Hills, CA 91301


The Page Group, Inc.
c/o Javitch, Block & Rathbone
1100 Superior Ave., 19th Floor
Cleveland, OH 44114-2531


The Page Group, Inc.
c/o Fleet Response
6450 Rockside Woods Blvd. S., #250
Independence, OH 44131-2237


Thyssenkrupp Elevator Corporation
2305 Enterprise Drive
Westchester, IL 60154

Toll House Tavern
6 Hillside Road
Claymont, DE 19703


TWG Funding 24 LLC/JWS Laons, LLC
853 N. Elston
Chicago, IL 60642


United Collection Bureau, Inc.
5620 Southwych Blvd., Suite 206
Toledo, OH 43614


United Collection Bureau, Inc.
5620 Southwych Blvd., Suite 206
Toledo, OH 43614


United Collection Bureau, Inc.
5620 Southwych Blvd., Suite 206
Toledo, OH 43614


United Portfolio Management, Inc.
c/o Kenneth G. Schivone, Esq.
1942 Lexington Ave. North, Ste. 1
Saint Paul, MN 55113


United Recovery Service LLC
18525 Torrence Ave., Ste. C-6
Lansing, IL 60438


United Recovery Systems
5800 North Course Drive
Houston, TX 77072


VCS
7500 Office Ridge Circle
Eden Prairie, MN 55344


Verizon Wireless
26935 Northwestern Highway, #100
CFS
Southfield, MI 48033


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002

Viking Collection Services, Inc.
7500 Office Ridge Circle
Eden Prairie, MN 55344

Village of Justice
c/o ONREM101
PO Box 1022
Wixom, MI 48393-1022

Village of Stickney
Stickney Village Hall
6533 W. Pershing Road
Stickney, IL 60804

Visdsnb
9111 Duke Blvd
Mason, OH 45040

Volvo Financial Services
PO Box 7247-6667
Philadelphia, PA 19170-6667

Volvo Financial Services
PO Box 7247-6667
Philadelphia, PA 19170-6667

Volvo Financial Services
7025 Albert Pick Road, Ste. 105
PO Box 26131
Greensboro, NC 27402-6131

Volvo Financial Services
PO Box 7247-60236
Philadelphia, PA 19170-0236

Voymar Carpentry, Inc.
4819 N. Moody
Chicago, IL 60630

Wally's Marine Services
PO Box 868
Antioch, IL 60002

Washington Mutual Fa
Po Box 1093
Northridge, CA 91328


World Properties, LLC
c/o Michael J. Simkunas
1111 South Blvd.
Oak Park, IL 60302


Zwicker $ Associates, P.C.
80 Minhuteam Rd.
Andover, MA 01810-1008


Zwicker & Assoc., P.C.
7366 N. Linconln Ave., Ste. 404
Lincolnwood, IL 60712

01/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE: )
     **Elissaveta A. Tchavdarov** )  Chapter **7**
                                                                       )  Bankruptcy Case No.
                                                                       )
     Debtor(s) )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.     [To be completed in all cases]

     I(We), **Elissaveta A. Tchavdarov** and , the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.     [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

     ☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Elissaveta A. Tchavdarov**
_____
Printed or Typed Name of Debtor or Representative

                                                                           _____
                                                                           Printed or Typed Name of Joint Debtor

_____
Signature of Debtor or Representative

                                                                           _____
                                                                           Signature of Joint Debtor

**November  8, 2012**
_____
Date

                                                                           _____
                                                                           Date

B23 (Official Form 23) (12/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Elissaveta A. Tchavdarov__

Debtor(s)

Case No. _____

Chapter   __7__   _____

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, _____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any):_____.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  __/s/ Elissaveta A. Tchavdarov__

__Elissaveta A. Tchavdarov__

Date:  __November 16, 2012__

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

## Disclosure Pursuant to 11 U.S.C. §527(a)(2)

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3. The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules, and Statement of Financial Affairs, and in some cases a Statement of Intention, need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Elissaveta A. Tchavdarov**                                          ,        Case No. _____

_____
Debtor

Chapter_____**7**_____

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date_____**November 16, 2012**_____          **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
Signature of attorney
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**950 Skokie Boulevard**
**Suite #310**
**Northbrook, IL 60062**
**(847) 509-9800**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Elissaveta A. Tchavdarov**  _____    Case No.  _____
                                        Debtor(s)                    Chapter    **7**  _____

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Elissaveta A. Tchavdarov**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐      I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **November 16, 2012**  _____      Signature    **/s/ Elissaveta A. Tchavdarov**  _____
                                                    **Elissaveta A. Tchavdarov**
                                                    Debtor